UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re  Joseph A. DiMino, Jr                                                                        ,  )
                                                                                                      )
                                                                            Debtor   )
                                                                                                      )
Employer's Tax Identification No(s). [if any]  _____                  )
Last four digits of Social Security No(s):      xxx-xx-3179                        )

**For Debtor:**

☑ Payment advices are attached

☐ Payment advices *are not* attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Payment advices *are not* attached because debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed
  ☐ other, please explain __

  Schedule I, Line 1 Income  **13,184.85**

  Occupation as listed on Schedule I  **Engineer coordinator**

**For Joint Debtor, if applicable:**

☐ Payment advices are attached

☐ Payment advices *are not* attached because debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Payment advices *are not* attached because debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed
  ☐ other, please explain __

  Schedule I, Line 1 Income  **N/A**

  Occupation as listed on Schedule I __

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of __ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor:       /s/ Joseph A. DiMino, Jr            Date:  **September 19, 2023**
                                     Joseph A. DiMino, Jr

Signature of Joint Debtor:  _____           Date:  _____

O:§521C(03/02/2006)

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 080 |
|---|---|---|---|---|---|
| AHF | 604440 | | | 0000280104 | 1 |

# Earnings Statement

**ADP**

TELESIS CORPORATION
8300 GREENSBORO DR, SUITE 600
MCLEAN VA 22102
COMPANY PH #:571-267-2919

Period Beginning:   06/26/2023
Period Ending:      07/09/2023
Pay Date:           07/14/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

JOSEPH DIMINO
4815 LEPINSKE FARM PL.
CLAY NY 13041

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6000.00 | 72.00 | 5,481.00 | 75,516.00 |
| Holiday | | 8.00 | 609.00 | 4,263.00 |
| Overtime | | | | 6,698.98 |
| Lump Sum Bns | | | | 3,000.00 |
| Paid Time Off | | | | 5,481.00 |
| **Gross Pay** | | | **$6,090.00** | 94,958.98 |

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -453.85 | 8,532.66 |
| Social Security Tax | -360.72 | 5,651.42 |
| Medicare Tax | -84.36 | 1,321.70 |
| NY State Income Tax | -300.13 | 4,939.24 |
| NY SDI Tax | -1.20 | 16.80 |
| NY Paid Family Leave Ins | | 399.43 |

**Other**

| | | |
|---|---|---|
| Dbu Pre Tax | -37.43* | 524.04 |
| Ltd Post Tax | -25.80 | 361.20 |
| MED PRETAX HDHP | -241.85* | 3,385.80 |
| Supp Life Child | -0.42 | 5.88 |
| Supp Life Emp | -11.54 | 161.52 |
| Supp Life Sps | -2.70 | 37.80 |

| **Net Pay** | **$4,570.00** |
|---|---|
| Checking | -4,570.00 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are
$5,818.06
Your NY taxable wages this period are
$5,818.06

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl | 7.34 | 102.72 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH #:571-267-2919

**Additional Tax Withholding Information**
Taxable Marital Status:
   NY:          Married
Exemptions/Allowances:
   NY:          10

* Excluded from federal taxable wages

© 2000 ADP, Inc

---

TELESIS CORPORATION
8300 GREENSBORO DR, SUITE 600
MCLEAN VA 22102
COMPANY PH #:571-267-2919

Advice number:   00000280104
Pay date:        07/14/2023

Deposited to the account of
JOSEPH  DIMINO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxx0100 | xxxx xxxx | $4,570.00 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. | 060 |
|---|---|---|---|---|---|
| AHF | 604440 | | | 0000300106 | 1 |

**Earnings Statement** ADP

TELESIS CORPORATION
8300 GREENSBORO DR, SUITE 600
MCLEAN VA 22102
COMPANY PH #:571-267-2919

Period Beginning: 07/10/2023
Period Ending: 07/23/2023
Pay Date: 07/28/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

JOSEPH DIMINO
4815 LEPINSKE FARM PL.
CLAY NY 13041

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6000.00 | 80.00 | 6,090.00 | 81,606.00 |
| Overtime | | | | 6,698.98 |
| Holiday | | | | 4,263.00 |
| Lump Sum Bns | | | | 3,000.00 |
| Paid Time Off | | | | 5,481.00 |
| **Gross Pay** | | | **$6,090.00** | 101,048.98 |

Your federal taxable wages this period are $5,818.06
Your NY taxable wages this period are $5,818.06

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 7.34 | 110.06 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH #:571-267-2919

**Deductions**

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -453.85 | 8,986.51 |
| Social Security Tax | -360.72 | 6,012.14 |
| Medicare Tax | -84.36 | 1,406.06 |
| NY State Income Tax | -300.13 | 5,239.37 |
| NY SDI Tax | -1.20 | 18.00 |
| NY Paid Family Leave Ins | | 399.43 |

Other
| | this period | year to date |
|---|---|---|
| Dbu Pre Tax | -37.43* | 561.47 |
| Ltd Post Tax | -25.80 | 387.00 |
| MED PRETAX HDHP | -241.85* | 3,627.65 |
| Supp Life Child | -0.42 | 6.30 |
| Supp Life Emp | -11.54 | 173.06 |
| Supp Life Sps | -2.70 | 40.50 |

**Net Pay** **$4,570.00**
Checking  -4,570.00
**Net Check** **$0.00**

**Additional Tax Withholding Information**
Taxable Marital Status:
NY: Married
Exemptions/Allowances:
NY: 10

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

TELESIS CORPORATION
8300 GREENSBORO DR, SUITE 600
MCLEAN VA 22102
COMPANY PH #:571-267-2919

Advice number: 00000300106
Pay date: 07/28/2023

Deposited to the account of
JOSEPH DIMINO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxx0100 | xxxx xxxx | $4,570.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| AHF | 604440 | | | 0000320096  1 |

## Earnings Statement 

**TELESIS CORPORATION**
8300 GREENSBORO DR, SUITE 600
MCLEAN VA 22102
COMPANY PH #:571-267-2919

| | |
|---|---|
| Period Beginning: | 07/24/2023 |
| Period Ending: | 08/06/2023 |
| Pay Date: | 08/11/2023 |

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

JOSEPH DIMINO
4815 LEPINSKE FARM PL.
CLAY  NY  13041

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6000.00 | 80.00 | 6,090.00 | 87,696.00 |
| Overtime | | | | 6,698.98 |
| Holiday | | | | 4,263.00 |
| Lump Sum Bns | | | | 3,000.00 |
| Paid Time Off | | | | 5,481.00 |
| **Gross Pay** | | | **$6,090.00** | 107,138.98 |

Your federal taxable wages this period are $5,818.06
Your NY taxable wages this period are $5,818.06

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -453.85 | 9,440.36 |
| | Social Security Tax | -360.71 | 6,372.85 |
| | Medicare Tax | -84.37 | 1,490.43 |
| | NY State Income Tax | -300.13 | 5,539.50 |
| | NY SDI Tax | -1.20 | 19.20 |
| | NY Paid Family Leave Ins | | 399.43 |
| | **Other** | | |
| | Dbu Pre Tax | -37.43* | 598.90 |
| | Ltd Post Tax | -25.80 | 412.80 |
| | MED PRETAX HDHP | -241.85* | 3,869.50 |
| | Supp Life Child | -0.42 | 6.72 |
| | Supp Life Emp | -11.54 | 184.60 |
| | Supp Life Sps | -2.70 | 43.20 |
| **Net Pay** | | **$4,570.00** | |
| Checking | | -4,570.00 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 7.34 | 117.40 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH #:571-267-2919

**Additional Tax Withholding Information**
Taxable Marital Status:
   NY:          Married
Exemptions/Allowances:
   NY:          10

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

**TELESIS CORPORATION**
8300 GREENSBORO DR, SUITE 600
MCLEAN VA 22102
COMPANY PH #:571-267-2919

Advice number:   00000320096
Pay date:        08/11/2023

Deposited to the account of
JOSEPH DIMINO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxx0100 | xxxx xxxx | $4,570.00 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

| CO. | FILE | DEPT | CLOCK | VCHR NO. |
|---|---|---|---|---|
| AHF | 604440 | | | 0000340096  1 |

**Earnings Statement** — ADP

TELESIS CORPORATION
8300 GREENSBORO DR, SUITE 600
MCLEAN VA 22102
COMPANY PH #:571-267-2919

Period Beginning: 08/07/2023
Period Ending: 08/20/2023
Pay Date: 08/25/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

JOSEPH DIMINO
4815 LEPINSKE FARM PL.
CLAY NY 13041

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6000.00 | 80.00 | 6,090.00 | 93,786.00 |
| Overtime | | | | 6,698.98 |
| Holiday | | | | 4,263.00 |
| Lump Sum Bns | | | | 3,000.00 |
| Paid Time Off | | | | 5,481.00 |
| **Gross Pay** | | | **$6,090.00** | 113,228.98 |

Your federal taxable wages this period are $5,818.06
Your NY taxable wages this period are $5,818.06

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 7.34 | 124.74 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH #:571-267-2919

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:   Married
Exemptions/Allowances:
  NY:   10

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -453.85 | 9,894.21 |
| Social Security Tax | -360.72 | 6,733.57 |
| Medicare Tax | -84.36 | 1,574.79 |
| NY State Income Tax | -300.13 | 5,839.63 |
| NY SDI Tax | -1.20 | 20.40 |
| NY Paid Family Leave Ins | | 399.43 |

Other
| | | |
|---|---|---|
| Dbu Pre Tax | -37.43* | 636.33 |
| Ltd Post Tax | -25.80 | 438.60 |
| MED PRETAX HDHP | -241.85* | 4,111.35 |
| Supp Life Child | -0.42 | 7.14 |
| Supp Life Emp | -11.54 | 196.14 |
| Supp Life Sps | -2.70 | 45.90 |

**Net Pay**  $4,570.00
Checking  -4,570.00
**Net Check**  $0.00

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

TELESIS CORPORATION
8300 GREENSBORO DR, SUITE 600
MCLEAN VA 22102
COMPANY PH #:571-267-2919

Advice number: 00000340096
Pay date: 08/25/2023

Deposited to the account of
JOSEPH DIMINO

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxx0100 | xxxx xxxx | $4,570.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**