# Notice Recipients

District/Off: 0206–5     User: admin     Date Created: 09/20/2023
Case: 23–30672–5–wak     Form ID: 309I     Total: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Joseph A. DiMino, Jr | 318 Stone Street | Watertown, NY 13601 |
| ust | U.S. Trustee | U.S. Trustee Office   10 Broad Street,   Room 105 | Utica, NY 13501 |
| tr | Mark W. Swimelar–Trustee | 250 South Clinton Street   Suite 203 | Syracuse, NY 13202 |
| aty | Neil Tarak Bhatt | Bhatt Law Firm   536 State Street | Ogdensburg, NY 13669 |
| smg | United States Attorney, NDNY | P.O. Box 7198 | Syracuse, NY 13261–7198 |
| 909501266 | Capital One | PO Box 30285 | Salt Lake City, UT 84130–0285 |
| 909501267 | Capital One | PO Box 31293 | Salt Lake City, UT 84131 |
| 909501269 | Discover Financial Services LLC | PO Box 30939 | Salt Lake City, UT 84130–0939 |
| 909501268 | Discover Financial Services LLC | PO Box 30943 | Salt Lake City, UT 84130–0943 |
| 909501270 | HSBC Bank   Attn: Bankruptcy Department | PO Box 9 | Buffalo, NY 14240 |
| 909501271 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 |
| 909501273 | M&T Bank | PO Box 619063 | Dallas, TX 75261–9063 |
| 909501272 | M&T Bank | PO Box 900 | Millsboro, DE 19966 |
| 909501274 | Movement Mortgage | 9726 Old Bailes Road Ste 200 | Fort Mill, SC 29707 |
| 909501283 | NYS Dept. of Taxation and Finance   Attn: Bankruptcy Unit | P.O. Box 5300 | Albany NY 12205 |
| 909501275 | Synchrony Bank | PO Box 965015 | Orlando, FL 32896 |
| 909501276 | The Lending Club Corp | 71 Stevenson St Ste 200 | San Francisco, CA 94105 |

TOTAL: 17