# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0206–5 | User: admin | Date Created: 09/21/2023 |
| Case: 23–30672–5–wak | Form ID: nfin1 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db  | Joseph A. DiMino, Jr | 318 Stone Street | Watertown, NY 13601 | |
| aty | Neil Tarak Bhatt | Bhatt Law Firm | 536 State Street | Ogdensburg, NY 13669 |

TOTAL: 2