Certificate Number: 13858-NYN-DE-037889120

Bankruptcy Case Number: 23-30672



13858-NYN-DE-037889120

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 27, 2023, at 4:05 o'clock PM EDT, Joseph A. DiMino, Jr completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of New York.

Date:   October 27, 2023          By:   /s/Regina Whitman

                                  Name: Regina Whitman

                                  Title: Counselor