| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK | Hearing Date: November 16, 2023<br>Hearing Time: 11:30 A.M.<br>Hearing Place: SYRACUSE |

In Re:

    JOSEPH A. DIMINO, JR.                                  Case No. 23-30672
                                                                                         Chapter 13

                                          Debtor.

**OBJECTION OF THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED ON 9/20/2023**

    The New York State Department of Taxation and Finance (the "Department"), by and through Amanda Hiller, Esq., Acting Commissioner and Counsel, by Robert L. Cook, District Tax Attorney (of Counsel), respectfully submits this objection to the Debtor's Chapter 13 Plan (the "Plan") filed on September 20, 2023.

    The Plan should not be confirmed because:

    1.   The Debtor has not filed New York State personal income tax returns for tax years 2019 - 2021. Pursuant to 11 U.S.C. §1308 and 11 U.S.C. §1325(a)(9), these returns must be filed prior to confirmation.

    2.   Debtor also is delinquent in filing New York State personal income tax returns for tax years 2011 – 2018.  These returns should be filed to enable the Department to fully fix its claim and the Court to assess the Plan's feasibility pursuant to 11 U.S.C. §1325(a)(6).

    WHEREFORE, the Department respectfully requests the Court:  1) sustain the objections contained herein; 2) not confirm the Plan in its current form; 3) require the Debtor to file his 2011 – 2021 New York State income tax returns; and 4) grant such other and further relief as it deems just and proper.

Dated: November 1, 2023                        Amanda Hiller
                                                        Acting Commissioner and Counsel

By:    /s/ Robert L. Cook
Robert L. Cook (NDNY Reg. No. 515075)
District Tax Attorney
N.Y.S. Department of Taxation and Finance
Office of Counsel
340 East Main Street
Rochester, New York 14604
Phone: 585-530-8465
Fax:    518-435-8490
Email: Robert.Cook@tax.ny.gov