| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | Hearing Date:  November 16, 2023 |
| **NORTHERN DISTRICT OF NEW YORK** | Hearing Time:  11:30 A.M. |
| | Hearing Place: SYRACUSE |

In Re:

    **JOSEPH A. DIMINO, JR.**                                  Case No.  23-30672

                                                                                              Chapter 13

                                                 Debtor.

## CERTIFICATE OF SERVICE

      I hereby certify that on, November 1, 2023, I electronically filed the attached Objection to Confirmation with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to all those accepting electronic service, including the following:

| | |
|---|---|
| Neil Tarak Bhatt | U.S. Trustee |
| Neil@Bhattlawfirm.net | USTPRegion02.UT.ECF@usdoj.gov |
| | |
| Mark W. Swimelar | |
| trustee@cnytrustee.com | |

                                                                                    /s/*Robert L. Cook*
                                                                                    Robert L. Cook
                                                                                    District Tax Attorney
                                                                                    NYS Department of Taxation and Finance
                                                                                    Office of Counsel
                                                                                    340 East Main Street
                                                                                    Rochester, New York 14604
                                                                                    Phone: (585)530-8465
                                                                                    Fax:    (518)435-8490
                                                                                    Email:  Robert.Cook@tax.ny.gov