**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re    **Joseph A. DiMino, Jr**                                                                 Case No. **23-30672-5**
                                                                                                   Chapter 13
                        Debtor(s).

---

## CERTIFICATION PURSUANT TO LOCAL BANKRUPTCY RULE 3015-1

**I certify that** I am counsel for the above-captioned debtor(s) [or, if *pro se*, the debtor]. I have overseen the preparation and reviewed the mailing matrix filed by the debtor in this case. I understand that the United States Bankruptcy Court (Court) and the Bankruptcy Noticing Center (BNC) rely upon the mailing matrix provided by the debtor and certified by the debtor's attorney, and that compliance with 11 U.S.C. § 342(c) and LBR 1007-2 ensures that proper addresses are used for mailings by the Court, the BNC, and the debtor.

**I further certify that** the mailing matrix filed in this case contains addresses and account numbers in redacted format, if applicable, which allows for service by the BNC in accordance with 11 U.S.C. § 342(c) and LBR 1007-2.

**I further certify that** I acknowledge that regardless of whether the plan is filed with or after the petition, the debtor is responsible for ensuring that notice of the plan, the hearing on confirmation and the time fixed for filing an objection to confirmation of the plan are given in accordance with 11 U.S.C. § 342(c).

Dated:    **November 21, 2023**                                                  /s/ Neil T. Bhatt
                                                                                 Debtor's Attorney

                                                                                 **Neil T. Bhatt**
                                                                                 **Bhatt Law Office**
                                                                                     **536 State Street**
                                                                                     **Ogdensburg, NY 13669**
                                                                                 **315-713-4837**
                                                                                 **court@bhattlawfirm.net**

(Rev. 9/01/12)