UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: _____    Case No. 23-30672
_____,    Chapter 13
Joseph A. Dimino, JR.
Debtor(s).

### DEBTOR'S AFFIRMATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

Debtor affirms under penalty of perjury, the following:

1. I provide the following information to the Chapter 13 Trustee with regard to all my Domestic Support Obligations as that term is defined under 11 U.S.C. §101(14A):

**PAYEE NAME AND ADDRESS**

Jordana Dimino
4815 Lepinski Farm Place
Clay, NY 13041

**Ongoing Payment Obligation**

$ 4333.00

State Agency: N/A

Please initial each box:

JD    2. I have paid all Domestic Support Obligations that have first become due and payable since the filing of my bankruptcy petition.

JD    3. I will pay all Domestic Support Obligation payments that become due during the course of this Chapter 13 case.

JD    4. I acknowledge and understand that payment of all Domestic Support Obligations as they become due is required under the terms of my Chapter 13 plan and that my failure to do so may be a basis to dismiss my Chapter 13 case.

JD    5. I have disclosed, in my bankruptcy schedules and this affirmation, all of my Domestic Support Obligations.

JD    6. I acknowledge and understand that the Court and Trustee will rely upon this Affirmation and the Trustee will give the appropriate notices to all Domestic Support payees as well as the appropriate State Child Support Agency as required under 11 U.S.C. §1302.

I affirm under penalty of perjury that the information provided herein is true and correct to the best of my knowledge, information and belief.

Date: 03 DEC 2023    X _____
                         Debtor's signature