**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions (Albany, Syracuse and Utica)**

**This Form Is To Be Used Confirmation Hearings[1] Only.**

Division: Syracuse

Case Name: Joseph A. DiMino Jr

Case No.: 23-30672

☒ Adjournment Request[2] for Hearing on Confirmation of Plan Filed at Docket 4

No. Reason for Adjournment Request: Awaiting assessment of tax return by NYS

Original Return Date of Confirmation Hearing: 11/16/23

Number of prior adjournment request that have been made: 1

☐ Notification of Withdrawal of ☐ Plan; ☐ Objection; ☐ Other: _____
Filed at Docket No.: _____

☐ Notification of Settlement of Objection Filed at Docket No.: _____

Present Date of Confirmation Hearing: 12/7/23

Requested Adjourned Confirmation Hearing Date: 12/21/23

Requesting Attorney's Name, Office Address, Phone and Email Address:
Neil T. Bhatt Esq
531 Washington St, Suite 3101
Watertown, NY 13601
315-786-3498  neil@bhattlawfirm.net

Consent of All Parties Obtained?  ☒ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Robert Cook, Attorney for NYS

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Plan to Which the Request/Notification Pertains.**

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013B(10/12/2023)