**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions (Albany, Syracuse and Utica)**

**This Form Is To Be Used Confirmation Hearings[1] Only.**

Division:       SYRACUSE

Case Name:    JOSEPH A. DIMINO, JR.

Case No.:      23-30672

☐ Adjournment Request[2] for Hearing on Confirmation of Plan Filed at Docket ___

No. Reason for Adjournment Request:

<u>Original</u> Return Date of Confirmation Hearing:

Number of prior adjournment request that have been made: _____

☒ Notification of Withdrawal of ☐ Plan; ☒ Objection; ☐ Other: _____
Filed at Docket No.: __11__

☐ Notification of Settlement of Objection Filed at Docket No.: _____

<u>Present</u> Date of Confirmation Hearing:  12/21/2023

Requested Adjourned Confirmation Hearing Date:

Requesting Attorney's Name, Office Address, Phone <u>and</u> Email Address:
  Robert L. Cook, District Tax Attorney
  Office of Counsel, NYS Dept. of Taxation & Finance
  340 East Main Street, Rochester, NY 14604
  585-530-8465
  Robert.Cook@tax.ny.gov

Consent of All Parties Obtained?     ☐ Yes   ☐ No  - *Absent compelling reasons,*

*adjournments will not be granted without the consent of all parties.*

Cc:  (via ECF)   N. Tarak Bhatt, M. Swimelar, E. Fintel

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>.  When E-Filing, This Form Must Be Linked to the <u>Plan</u> to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to hearings on the motion calendar.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013B(11/05/2012)