# Notice Recipients

District/Off: 0206−5     User: admin     Date Created: 1/5/2024
Case: 23−30672−5−wak     Form ID: pdf13cnf     Total: 26

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     USTPRegion02.UT.ECF@usdoj.gov
tr     Mark W. Swimelar−Trustee     trustee@cnytrustee.com
aty     Mark W. Swimelar−Trustee     trustee@cnytrustee.com
aty     Neil Tarak Bhatt     Neil@bhattlawfirm.net

                             TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Joseph A. DiMino, Jr     318 Stone Street     Watertown, NY 13601
909519628     Ashley Funding Services, LLC     Resurgent Capital Services     PO Box 10587     Greenville, SC 29603−0587
909501266     Capital One     PO Box 30285     Salt Lake City, UT 84130−0285
909501267     Capital One     PO Box 31293     Salt Lake City, UT 84131
909502150     Discover Bank     Discover Products Inc     PO Box 3025     New Albany, OH 43054−3025
909501269     Discover Financial Services LLC     PO Box 30939     Salt Lake City, UT 84130−0939
909501268     Discover Financial Services LLC     PO Box 30943     Salt Lake City, UT 84130−0943
909501270     HSBC Bank     Attn: Bankruptcy Department     PO Box 9     Buffalo, NY 14240
909503490     Internal Revenue Service     PO Box 7317     Philadelphia, PA 19101−7317
909501271     Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101−7346
909518632     LendingClub Bank, NA     3440 Flair Dr.     LockBox Services #0134268     El Monte, CA 91731
909518098     LendingClub Bank, NA     P.O. BOX 884268     Los Angeles, CA 90088
909517079     M&T BANK     PO Box 1508, Buffalo, NY 14240
909501273     M&T Bank     PO Box 619063     Dallas, TX 75261−9063
909501272     M&T Bank     PO Box 900     Millsboro, DE 19966
909501274     Movement Mortgage     9726 Old Bailes Road Ste 200     Fort Mill, SC 29707
909501283     NYS Dept. of Taxation and Finance     Attn: Bankruptcy Unit     P.O. Box 5300     Albany NY 12205
909518716     PORTFOLIO RECOVERY ASSOCIATES, LLC     POB 30672     Norfolk, VA 23541
909518631     PORTFOLIO RECOVERY ASSOCIATES, LLC     POB 41067     Norfolk, VA 23541
909520021     Portfolio Recovery Associates, LLC     POB 12914     Norfolk VA 23541
909501275     Synchrony Bank     PO Box 965015     Orlando, FL 32896
909501276     The Lending Club Corp     71 Stevenson St Ste 200     San Francisco, CA 94105

                             TOTAL: 22