# EXHIBIT B

MV-913 (8/23)

NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
6 Empire State Plaza, Albany, New York 12228

# TITLE OR LIEN STATUS REPORT

TIME: 10:38:27                                                                                   PRINT DATE: 01/11/2024

This Title or Lien Status Report is a true copy of an electronic record on file at the New York State Department of Motor Vehicles, Albany, New York.

Information displayed in this document is current as of the time and date of transaction, as referenced above, and to the best of the Department's knowledge, no additional liens or claims have been filed for the vehicle referenced below.

**NOTE:** Only active liens are shown below. Any lien printed on a New York State Certificate of Title (MV-999) issued prior to the date of this status report, has been released electronically. A lien-free MV-999 is not required.

**DISCLAIMER:** Information displayed in this document is subject to change and may be verified online through the New York State Department of Motor Vehicles' Lien/Title Certificate Status page at dmv.ny.gov/titlestat.

**Vehicle / Hull Identification Number (VIN / HIN):** 55SWF4KB8FU031553
**Model Year:** 2015
**Make:** ME/BE

**Title Issuance Date:** 10/13/2021
**Number of Active Liens:** 01

**Lienholder(s):**

MANUFACTURERS AND TRADERS TRUST CO
PO BOX 767
BUFFALO NY 14240

**Lien Status:** Open
This lien is on the current title.

*** END OF REPORT ***