# EXHIBIT C

# J.D. POWER

12/15/2023

**J.D. POWER Used Cars/Trucks**

M&T Bank

One Fountain Plaza
Buffalo, NY 14240
(716) 848-7749
psylvester@mtb.com

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2015 Mercedes-Benz C-Class Sedan 4D C300 AWD 2.0L I4 Turbo |
| Region: | |
| Period: | December 15, 2023 |
| Mileage: | 85,000 |
| Base MSRP: | $40,400 |
| Typically Equipped MSRP: | $50,495 |
| Weight: | 3,594 |

## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly** | | | | |
| **Trade-In** | | | | |
| Rough | $9,200 | $2,675 | N/A | **$11,875** |
| Average | $10,950 | $2,675 | N/A | **$13,625** |
| Clean | $12,425 | $2,675 | N/A | **$15,100** |
| | | | | |
| Clean Loan | $11,200 | $2,675 | N/A | **$13,875** |
| Clean Retail | $14,425 | $2,675 | N/A | **$17,100** |
| **Weekly** | | | | |
| **Auction** | | | | |
| Low | $7,825 | $1,416 | N/A | **$9,241** |
| Average | $10,600 | $1,416 | N/A | **$12,016** |
| High | $13,400 | $1,416 | N/A | **$14,816** |
| **Trade-In** | | | | |
| Rough | N/A | N/A | N/A | **N/A** |
| Average | N/A | N/A | N/A | **N/A** |
| Clean | N/A | N/A | N/A | **N/A** |
| Clean Loan | N/A | N/A | N/A | **N/A** |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power

**J.D. POWER**  12/15/2023

**J.D. POWER Used Cars/Trucks**

|  | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Retail | N/A | N/A | N/A | **N/A** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

|  | Trade-In/Loan | Retail |
|---|---|---|
| Collision Avoidance System | w/body | w/body |
| Passive Keyless Entry | w/body | w/body |