UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In Re:

    Joseph A. DiMino, Jr.                          Case No. 23-30672-5-WAK

    Debtor.                                              Chapter 13

_____

## CERTIFICATE OF SERVICE

       I, Tyler J. O'Neill, hereby certify that on January 11, 2024, I served true and correct copies of the Notice of Motion and Motion for Relief from the Automatic Stay on the following parties in the following manner:

<u>VIA Electronic Filing</u>:

| **Debtor's Attorney** | **Trustee** |
|---|---|
| Neil Tarak Bhatt, Esq. | Mark W. Swimelar, Esq. |
| Bhatt Law Firm | 250 South Clinton Street, Suite 203 |
| 536 State Street | Syracuse, New York 13202 |
| Ogdensburg, New York 13669 | |

**U.S. Trustee**
Office of the United States Trustee
10 Broad Street, Room 105
Utica, New York 13501

<u>VIA Regular U.S. Mail</u>:
**Debtor**
Joseph A. DiMino, Jr.
318 Stone Street
Watertown, New York 13601

By depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the official depository for the US Postal Service directed to said person(s) at said address(es).

DATED:    Buffalo, New York
                January 11, 2024                                    /s/ Tyler J. O'Neill
                                                                            Tyler J. O'Neill, Esq.