UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

Joseph A. DiMino, Jr.                                   Bk No. 23-30672-5-WAK

Debtor.                                                         Chapter 13

## NOTICE OF MOTION TO LIFT AUTOMATIC STAY

PLEASE TAKE NOTICE that M&T Bank ("M&T"), a secured creditor, will move this Court on the 1st day of February, 2024 at 10:00 a.m., or as soon thereafter as counsel can be heard, before the Hon. Wendy A. Kinsella, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Northern District of New York, the James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York 13261 for an Order granting relief from the automatic stay under 11 U.S.C. Section 362(d) on the grounds set forth in the attached Motion and for such other and further relief as the Court may deem proper.

Appearances can be in-person or telephonically. The hearing will be held at the above-referenced address. To appear telephonically, please call 888-398-2342 and use access code 3187406#.

**IF YOU INTEND TO OPPOSE THIS MOTION, WRITTEN OPPOSITION MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON MOVANT'S COUNSEL AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE. IF YOU DO NOT FILE AND SERVE WRITTEN OPPOSITION, NO HEARING WILL BE HELD ON THE RETURN DATE AND THE COURT MAY GRANT THE MOTION AS UNOPPOSED.**

1

DATED:  Buffalo, New York
January 11, 2024               M&T BANK

By: /s/ Tyler J. O'Neill
Tyler J. O'Neill
*In-house counsel for M&T Bank*
One M&T Plaza, 8th Floor
Buffalo, New York 14203
Tel. (716) 374-4901
Email: toneill3@mtb.com