NITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

**RE:**

    Joseph A. Dimino Jr                        Case No:  23-30672

                                                                                     Chapter 13

    Debtor.                                     **CERTIFICATE OF SERVICE**

_____

I, Colleen Curtis do hereby certify that on January 22, 2024 I electronically filed a response to the Motion to Lift Stay made by M&T Bank in regard to the above captioned case with the Clerk of the Bankruptcy Code using the CM/ECF System for the Northern District of New York and, a copy of same was provided to the following parties by:

**Mail Service: Regular, First-Class United States mail, postage fully pre-paid, addressed to:**
Joseph A. Dimino Jr
318 Stone Street
Watertown, NY  13601

Tyler J. O'Neill Esq
Attny for M&T Bank
One M&T Plaza 8th Floor
Buffalo, NY  14203

**Further, I hereby certify that the foregoing was electronically filed with the Clerk of the Bankruptcy Court using CM/ECF System which sent notification of such filing to the following:**

William A. Harrington, US Trustee
Mark Swimelar, Chapter 13 Trustee

                                                                             /s/ Colleen MP Curtis
                                                                             Colleen MP Curtis