UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

Joseph A. DiMino, Jr.,

Debtor

NOTICE OF MOTION FOR PARTIAL RELIEF FROM AUTOMATIC STAY TO ALLOW MATRIMONIAL ACTION TO PROCEED IN STATE COURT

Chapter 13
Case No. 23-30672

| | |
|---|---|
| MOTION PURSUANT TO: | 11 U.S.C. §362 |
| RELIEF SOUGHT: | Partial Relief From Automatic Stay to Allow Matrimonial Action to Proceed |
| SUPPORTING PAPERS: | Debtor's Motion |
| DATE AND TIME OF MOTION: | May 16 ; 10:00 a.m. |
| PLACE OF MOTION: | James M. Hanley Federal Building<br>100 South Clinton Street, Room 315<br>Syracuse, NY 13261-7008 |

PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL RULE 9013-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.

Dated: 20 March 2024

_____
Neil T. Bhatt, Attorney for Debtors

TO:   Mark W. Swimelar; Chapter 13 Trustee; VIA ECF only
      United States Trustee; VIA ECF only
      All parties in interest on the mailing matrix