United States Bankruptcy Court
Northern District of New York

In RE:  
    Joseph A. DiMino, Jr.

    Debtor(s)

Case No.: 23-30672  
`Chapter 13

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2024, a copy of Notice and Motion for Partial Relief From Automatic Stay To Allow Matrimonial Action To Proceed in State Court was served electronically or by regular United States mail to all interested parties, the Chapter 13 Trustee, the U.S. Trustee and all creditors on the attached mailing matrix.

*Connie M. LaComb*

Connie M. LaComb, Paralegal  
Bhatt Law Firm  
536 State Street  
Ogdensburg, NY 13669  
315-713-4837 or 315-786-3498  
court@bhattlawfirm.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0206-5<br>Case 23-30672-5-wak<br>Northern District of New York<br>Syracuse<br>Wed Mar 20 14:58:41 EDT 2024 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)NEIL T BHATT<br>536 STATE ST<br>OGDENSBURG NY 13669-2759 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Robert L. Cook<br>NYS Department of Tax & Finance<br>340 E Main St.<br>Rochester, NY 14604-2108 |
| Joseph A. DiMino Jr<br>318 Stone Street<br>Watertown, NY 13601-4846 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | ~~Discover Financial Services LLC~~<br>~~PO Box 30939~~<br>~~Salt Lake City, UT 84130-0939~~ |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | HSBC Bank<br>Attn: Bankruptcy Department<br>PO Box 9<br>Buffalo, NY 14240-0009 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LendingClub Bank, NA<br>3440 Flair Dr.<br>LockBox Services #0134268<br>El Monte, CA 91731-2823 | LendingClub Bank, NA<br>P.O. BOX 884268<br>Los Angeles, CA 90088-4268 |
| ~~M&T BANK~~<br>~~PO Box 1508, Buffalo, NY 14240~~ | ~~M&T Bank~~<br>~~One M&T Plaza~~<br>~~Buffalo, NY 14203~~ | ~~M&T Bank~~<br>~~P.O. Box 619063~~<br>~~Dallas, TX 75261-9063~~ |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Movement Mortgage<br>9726 Old Bailes Road Ste 200<br>Fort Mill, SC 29707-7882 | NYS Dept. of Taxation and Finance<br>Attn: Bankruptcy Unit<br>P.O. Box 5300<br>Albany NY 12205-0300 |
| New York State Department of Taxation and Fi<br>Bankruptcy Unit<br>PO Box 5300<br>Albany, NY 12205-0300 | Tyler J. O'Neill<br>M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203 | ~~PORTFOLIO RECOVERY ASSOCIATES, LLC~~<br>~~POB 30672~~<br>~~Norfolk, VA 23541~~ |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)MARK SWIMELAR TRUSTEE<br>ATTN MARK SWIMELAR<br>250 S CLINTON ST<br>SUITE 203<br>SYRACUSE NY 13202-1067 | Synchrony Bank<br>PO Box 965015<br>Orlando, FL 32896-5015 |
| The Lending Club Corp<br>71 Stevenson St Ste 200<br>San Francisco, CA 94105-2965 | U.S. Trustee<br>U.S. Trustee Office<br>10 Broad Street,<br>Room 105<br>Utica, NY 13501-1258 | United States Attorney, NDNY<br>P.O. Box 7198<br>Syracuse, NY 13261-7198 |