# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re Joseph A. DiMino, Jr ,  )
 )
    Debtor(s)  )
 )
 ) Case No. 23–30672–5–wak
 )
 )
 )
Social Security No(s).: xxx–xx–3179  ) Chapter 13
EIN, if any:  )
 )
 )
 )
 )

## NOTICE OF DEFICIENCY: ACTION REQUIRED

The filing at document number(s) 26 is/are problematic for the following reason(s):

**Hybrid Notice of Hearing/Notice of Hearing on Default effective 09/05/2023:**

**The Notice of Hearing on Default or Notice of Hearing is incorrect as it does not include the following information:**

**1. The name and address of the courthouse; and**
**2. A statement that appearance may be made in–person at the courthouse OR by telephone via call–in number;**
**3. The applicable court call–in number and access code.**

To correct the problem, follow the below instructions:

**File an amended Notice of Hearing on Default via Bankruptcy > Notices > Notice of Hearing on Default**

**File an amended Notice of Hearing via Bankruptcy > Notices > Notice of Hearing**

**For Syracuse: James M. Hanley U.S. Courthouse and Federal Building 100 South Clinton Street Syracuse, NY 13261 Call–in number: 888–398–2342; Access code: 3187406#**

Failure to correct the problem within 48 hours of this Notice will result in a referral to chambers. It is your responsibility to comply with all applicable notice and service requirements for any amended, additional, or revised documents filed in response to this Notice. If you have any procedural questions, you may contact the Deputy Clerk listed below.

Date: 3/21/24                                               Cynthia A. Platt
                                                                    Clerk of the Bankruptcy Court

                                                                    By:  Judy Bazan
                                                                          Deputy Clerk – 518–257–1610