# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0206–5 | User: admin | Date Created: 3/21/2024 |
| Case: 23–30672–5–wak | Form ID: ntcdefmc | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     USTPRegion02.UT.ECF@usdoj.gov
aty     Neil Tarak Bhatt     Neil@bhattlawfirm.net

                                                                                                      TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Joseph A. DiMino, Jr     318 Stone Street     Watertown, NY 13601

                                                                                                      TOTAL: 1