# United States Bankruptcy Court

Northern District of New York

0030-5S-EPIBXX-00307882-139817

**IN RE:**  
JOSEPH A DIMINO JR  
318 STONE STREET  
WATERTOWN, NY 13601

Case No.: 23-30672

SS #1  XXX-XX-3179

## NOTICE OF CLAIMS FILED

Pursuant to 11 U.S.C. 704(4), the claims are deemed allowed and payment will be remitted to each creditor based on the field claim amounts unless within 45 days of this Notice, the Debtor or Debtor attorney or Trustee files an objection with the Court. All Objections must be in compliance with Bankruptcy Rule 9014 which requires a Notice and Motion Objecting to the Claim.

| CLAIM # | NAME OF CREDITOR | AMOUNT | INTEREST | CLASS | CATEGORY |
|---|---|---|---|---|---|
| 001-1 | DISCOVER | 8,668.27 | 0.00 | Unsecured | GEN |
| 002-1 | DEPARTMENT OF TREASURY | 6,625.62 | 0.00 | Priority | FT |
| 002-1 | DEPARTMENT OF TREASURY | 311.26 | 0.00 | Unsecured | GEN |
| 003-1 | M&T BANK | 17,278.67 | 0.00 | DirectPay | AUTO |
| 004-1 | M&T BANK | 15,707.90 | 0.00 | Unsecured | GEN |
| 005-1 | LENDINGCLUB BANK | 17,870.45 | 0.00 | Unsecured | GEN |
| 006-1 | PORTFOLIO RECOVERY ASSOCIATES LLC | 10,239.88 | 0.00 | Unsecured | GEN |
| 007-1 | ASHLEY FUNDING SERVICES LLC | 5.76 | 0.00 | Unsecured | GEN |
| 008-1 | ASHLEY FUNDING SERVICES LLC | 10.84 | 0.00 | Unsecured | GEN |
| 009-1 | ASHLEY FUNDING SERVICES LLC | 10.84 | 0.00 | Unsecured | GEN |
| 010-1 | ASHLEY FUNDING SERVICES LLC | 112.97 | 0.00 | Unsecured | GEN |
| 011-1 | ASHLEY FUNDING SERVICES LLC | 126.31 | 0.00 | Unsecured | GEN |
| 012-1 | ASHLEY FUNDING SERVICES LLC | 60.00 | 0.00 | Unsecured | GEN |
| 013-1 | PORTFOLIO RECOVERY ASSOCIATES LLC | 4,427.52 | 0.00 | Unsecured | GEN |
| 014-1 | PORTFOLIO RECOVERY ASSOCIATES LLC | 17,032.73 | 0.00 | Unsecured | GEN |
| 015-1 | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,399.58 | 0.00 | Unsecured | GEN |
| 799 | NEIL T BHATT ESQ | 2,000.00 | 0.00 | Attorney | ATYOFREC |
| 888 | JOSEPH A DIMINO JR | None | 0.00 | Refund | CLOSREF |

**NOTICE OF CLAIMS FILED - Continued**

23-30672

| CLAIM # | NAME OF CREDITOR | AMOUNT | INTEREST | CLASS | CATEGORY |
|---|---|---|---|---|---|
| 999 | JOSEPH A DIMINO JR | | 0.00 | Refund | CLOSREF |
| | TOTAL: | 101,888.60 | | | |
| | SECURED CLAIMS TOTAL: | 17,278.67 | | | |
| | PRIORITY CLAIMS TOTAL: | 6,625.62 | | | |
| | UNSECURED CLAIMS TOTAL: | 75,984.31 | | | |
| | SPECIAL: | 0.00 | | | |
| | CASE COSTS: | 0.00 | | | |
| | DEBTOR REFUND TOTAL: | 99,999,999.99 | | | |
| | ATTORNEY TOTAL: | 2,000.00 | | | |
| | ADMINISTRATIVE TOTAL: | 0.00 | | | |

/s/ Mark W. Swimelar

Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

Upon the electronic filing of this document with Court, the debtor(s) attorney and United States Trustee's office are deemed to have received the Notice of Claims Filed on such date. A copy of Notice will be mailed to the debtor(s).

By: Office of Mark W. Swimelar