UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

   Joseph A. DiMino, Jr.,

            Debtor

AMENDED NOTICE OF MOTION FOR PARTIAL RELIEF FROM AUTOMATIC STAY TO ALLOW MATRIMONIAL ACTION TO PROCEED IN STATE COURT

Chapter 13
Case No. 23-30672

| | |
|---|---|
| MOTION PURSUANT TO: | 11 U.S.C. §362 |
| RELIEF SOUGHT: | Partial Relief From Automatic Stay to Allow Matrimonial Action to Proceed |
| SUPPORTING PAPERS: | Debtor's Motion |
| DATE AND TIME OF MOTION: | May 16, 2024; 10:00 a.m. |
| PLACE OF MOTION: | U.S. Bankruptcy Court<br>James M. Hanley U.S. Courthouse and Federal Building<br>100 South Clinton Street<br>Syracuse, NY 13261 |

**Appearances may be made in-person at the courthouse OR by telephone via call-in Number: 888-398-2342; Access code: 3187406#.**

PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL RULE 9013-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.

Dated: 03/21/2024

                                                      /s/ Neil T. Bhatt
                                                      Neil T. Bhatt, Attorney for Debtors

TO:    Mark W. Swimelar; Chapter 13 Trustee; VIA ECF only
         United States Trustee; VIA ECF only
         All parties in interest on the mailing matrix