United States Bankruptcy Court
Northern District of New York

In RE:

    Joseph A. DiMino, Jr.

    Debtor(s)

Case No.: 23-30672
`Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, a copy of Notice and Motion for Partial Relief From Automatic Stay To Allow Matrimonial Action To Proceed in State Court was served electronically or by regular United States mail to all interested parties, the Chapter 13 Trustee, the U.S. Trustee and all creditors on the attached mailing matrix.

*Connie M. LaComb* (signature)

Connie M. LaComb, Paralegal
Bhatt Law Firm
536 State Street
Ogdensburg, NY 13669
315-713-4837 or 315-786-3498
court@bhattlawfirm.net

```
Label Matrix for local noticing         Ashley Funding Services, LLC        (p)NEIL T BHATT
0206-5                                  Resurgent Capital Services          536 STATE ST
Case 23-30672-5-wak                     PO Box 10587                        OGDENSBURG NY 13669-2759
Northern District of New York           Greenville, SC 29603-0587
Syracuse
Wed Mar 20 14:58:41 EDT 2024

Capital One                             Capital One                         Robert L. Cook
PO Box 30285                            PO Box 31293                        NYS Department of Tax & Finance
Salt Lake City, UT 84130-0285           Salt Lake City, UT 84131-0293       340 E Main St.
                                                                            Rochester, NY 14604-2108

Joseph A. DiMino Jr                     Discover Bank                       Discover Financial Services LLC
318 Stone Street                        Discover Products Inc               PO Box 30939
Watertown, NY 13601-4846                PO Box 3025                         Salt Lake City, UT 84130-0939
                                        New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC      HSBC Bank                           Internal Revenue Service
PO BOX 3025                             Attn:  Bankruptcy Department        PO Box 7317
NEW ALBANY OH 43054-3025                PO Box 9                            Philadelphia, PA 19101-7317
                                        Buffalo, NY 14240-0009

Internal Revenue Service                LendingClub Bank, NA                LendingClub Bank, NA
PO Box 7346                             3440 Flair Dr.                      P.O. BOX 884268
Philadelphia, PA 19101-7346             LockBox Services #0134268           Los Angeles, CA 90088-4268
                                        El Monte, CA 91731-2823

M&T BANK                                M&T Bank                            M&T Bank
PO Box 1508, Buffalo, NY 14240          One M&T Plaza                       PO Box 619063
                                        Buffalo, NY 14203                   Dallas, TX 75261-9063

(p)M&T BANK                             Movement Mortgage                   NYS Dept. of Taxation and Finance
LEGAL DOCUMENT PROCESSING               9726 Old Bailes Road Ste 200        Attn: Bankruptcy Unit
626 COMMERCE DRIVE                      Fort Mill, SC 29707-7882            P.O. Box 5300
AMHERST NY 14228-2307                                                       Albany NY 12205-0300

New York State Department of Taxation and Fi    Tyler J. Oliveti           PORTFOLIO RECOVERY ASSOCIATES, LLC
Bankruptcy Unit                                 M&T Bank                   POB 30672
PO Box 5300                                     One M&T Plaza              Norfolk, VA 23541
Albany, NY 12205-0300                           Buffalo, NY 14203

(p)PORTFOLIO RECOVERY ASSOCIATES LLC     (p)MARK SWIMELAR TRUSTEE           Synchrony Bank
PO BOX 41067                             ATTN MARK SWIMELAR                 PO Box 965015
NORFOLK VA 23541-1067                    250 S CLINTON ST                   Orlando, FL 32896-5015
                                         SUITE 203
                                         SYRACUSE NY 13202-1067

The Lending Club Corp                    U.S. Trustee                       United States Attorney, NDNY
71 Stevenson St Ste 200                  U.S. Trustee Office                P.O. Box 7198
San Francisco, CA 94105-2965             10 Broad Street,                   Syracuse, NY 13261-7198
                                         Room 105
                                         Utica, NY 13501-1258
```