## POC WORKSHEET

| | | | | | | |
|---|---|---|---|---|---|---|
| Loan No# | | State | NY | Bk Filing date | 9/20/2023 | First Post petition due date | 10/1/23 |
| Case Number | 23-30672 | Chapter | 13 | POC bar date | 11/29/2023 | Check for first post petition due date / plan | 10/1/23 |
| | | | | Loan maturity date | 10/1/2051 | Difference in Due date? | Post due accurate |
| | | | | Bk Plan term | 60 | | |
| | | | | Total debt POC? | POC | | |

### Interest Calculation

| | | | | | |
|---|---|---|---|---|---|
| Last Payment received | 9/19/2023 | Applied to | 9/1/2023 | | |
| Interest from | 9/1/2023 | Interest to | 9/20/23 | | |
| Interest Per Diem | $32.65 | Interest Due | ($2,370.06) | Suspense | $0.00 |

### PRE-PETITION PAYMENTS DUE (P&I ONLY)

| FROM | TO | # of months | | Amount | Total | |
|---|---|---|---|---|---|---|
| | | 1 | @ | | $ | - |

### GAP PAYMENTS DUE (Full payment)

| FROM | TO | # of months | | Amount | Total | |
|---|---|---|---|---|---|---|
| | | 1 | @ | | $ | - |

| **TOTAL OF PAYMENTS** | **$** | **-** |
|---|---|---|

### PRE-PETITION FEES & COSTS SUMMARY

| | | |
|---|---|---|
| Late Charges | $ | - |
| NSF Charges | $ | - |
| Pay-by-Phone Charges | $ | - |
| Property Inspections | $ | - |
| Attorney Fees | $ | - |
| Attorney Costs | $ | - |
| Title Fees/Costs | $ | - |
| Other Recoverable Charges | $ | - |
| | | |
| Suspense Balance | | $0.00 |

| **TOTAL OF FEES & COSTS** | **$** | **-** |
|---|---|---|

| | | |
|---|---|---|
| Escrow Deficiency for Funds Advanced | $ | 5,487.94 |
| Projected Shortage | $ | 5,698.77 |

| **TOTAL ARREARS CLAIM** | **$** | **11,186.71** |
|---|---|---|

| | | | |
|---|---|---|---|
| Check the Escrow Analysis date | | Loan | |
| Check the effective date of Escrow analysis | | Case # | 0 |
| Confirm if the Effective date is accurate | Not Accurate | | |

| **If Advance Balance at time of filing:** | | **BNKC** | |
|---|---|---|---|
| Escrow Deficiency for Funds Advanced | $5,487.94 | Escrow Advance | $6,494.37 |
| Required Balance | $5,698.77 | Escrow Shortage on Analysis | $4,692.34 |
| Total Escrow on POC | $11,186.71 | Total Escrow on BNKC | $11,186.71 |

| **If Positive Escrow Balance at time of filing:** | |
|---|---|
| Positive Escrow Balance | |
| Required Escrow | |
| **Projected Escrow Shortage** | $0.00 |

If Projected Escrow Shortage is **NEGATIVE**, there is an Overage