| Transaction Applied Date | 2/23/2024 | 1/26/2024 | 1/26/2024 | 1/25/2024 | 1/5/2024 | 1/5/2024 | 1/4/2024 | 1/4/2024 |
|---|---|---|---|---|---|---|---|---|
| Segment Number | | | | | | | | |
| Due Date | 1/1/2024 | 12/1/2023 | 12/1/2023 | 12/1/2023 | 11/1/2023 | 11/1/2023 | 11/1/2023 | 1/1/2024 |
| Transaction Type/Code | 1  73 | 1  68 | 1  73 | 1  72 | 1  68 | 1  73 | 1  61 | 3  13 |
| Amount | $2,718.00 | $0.00 | $0.00 | $2,718.00 | $0.00 | $0.00 | $6,271.83 | ($4,295.30) |
| Principal Paid | $0.00 | $0.00 | $760.51 | $0.00 | $0.00 | $758.61 | $0.00 | $0.00 |
| Principal Balance | $397,192.05 | $397,192.05 | $397,192.05 | $397,952.56 | $397,952.56 | $397,952.56 | $398,711.17 | $398,711.17 |
| Interest Paid | $0.00 | $0.00 | $994.88 | $0.00 | $0.00 | $996.78 | $0.00 | $0.00 |
| Escrow Paid | $0.00 | ($1,976.53) | $1,976.53 | $0.00 | ($1,976.53) | $1,976.53 | $6,271.83 | ($4,295.30) |
| Escrow Balance | $0.00 | $0.00 | $1,976.53 | $0.00 | $0.00 | $1,976.53 | $0.00 | ($6,271.83) |
| A & H Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Life Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charge Fee Code | | | | | | | | |
| ELOC Fee Sub Code | | | | | | | | |
| Late Charge Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Miscellaneous Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Advance Balance | $4,923.16 | $4,923.16 | $6,899.69 | $6,899.69 | $6,899.69 | $8,876.22 | $8,876.22 | $2,604.39 |
| Suspense Balance | $2,718.00 | $0.00 | ($3,731.92) | $2,718.00 | $0.00 | ($3,731.92) | $0.00 | $0.00 |
| Payee Code | | | | | | | | 310671004 |
| Restricted Escrow | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BSC Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FHA Payment Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Refund Amt. | $0.00 | $1,976.53 | $0.00 | $0.00 | $1,976.53 | $0.00 | $0.00 | $0.00 |
| Replace Reserve | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HUD Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HUD Fee Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Reapplied Fee Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Change Owner Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capitalization Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DIB/Old Interest Rate | | | | | | | | |
| New Interest Rate | | | | | | | | |
| Old P & I Amt. | | | | | | | | |
| New P & I Amt. | | | | | | | | |
| Old Due Date | | | | | | | | |
| Unearned Interest Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Unearned Interest Bal. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Credit Life Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Origination Fee Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Effective Date | 2/23/2024 | | 1/25/2024 | 1/25/2024 | | 1/2/2024 | | |
| FS Principal Amt. | | | | | | | | |
| FS Interest Amt. | | | | | | | | |
| Interest Due Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| IOE/IORE Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hi Type | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Principal Advance Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Prin. Bal. Check No. | | | | | | | | |
| Previously Posted Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Check Payee Desc. | | | | | | | | |
| Held Funds Code | | | | | | | | |
| Adv. Effective Date | | | | | | | | |
| Batch Code | 5V0 | B05 | B05 | 5V0 | B05 | B05 | | EGL |
| Sequence No. | 145098 | 170336 | 170336 | 129535 | 802530 | 802530 | 999999 | 999999 |
| Action | 1900 | 0801 | 0801 | 102B | 0801 | 0801 | 0000 | 0600 |
| Service Fee Paid Amt. | $0.00 | $0.00 | $165.81 | $0.00 | $0.00 | $166.13 | $0.00 | $0.00 |
| Current Deferred Interest YTD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Deferred Interest Adjust Code | | | | | | | | |
| Life Year-to-date Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Current Deferred Interest LTD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Life Deferred Interest Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Manual Check Code | | | | | | | | |
| Disbursement Check No. | | | | | | | | WIRE |
| From Payee | | | | | | | | |
| Refund Description | | | | | | | | |
| Sequence Code | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Processor ID | | | | | | | | |
| MRec Corp. Adv. Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MRec Corp. Advance Bal. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3rd Party Corp. Adv. Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3rd Party Corp. Adv. Bal. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Non-Rec. Corp. Adv. Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Non-Rec. Corp. Adv. Bal. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Corp. Advance Payee | | | | | | | | |
| Payee | | | | | | | | 310671004 |
| Reason Code | | | | | | | | |
| ELOC Payee 1 | | | | | | | | |
| ELOC Payee 2 | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mod. Payment Logic Plan ID | | | | | | | | |
| 1098 Adjustment Flag | | | | | | | | |
| Consumer Payment Plan | | | | | | | | |
| Segment Type | | | | | | | | |
| Access Channel/Source | | | | | | | | |
| Consumer Promotion ID | | | | | | | | |
| Capitalized Interest Paid Amt. | | | | | | | | |
| Capitalized Interest Amt. | | | | | | | | |
| Principal Forbearance Amt. | | | | | | | | |
| Principal Reduction Amt. | | | | | | | | |
| Investor Type | | | | | | | | |
| 2-To-1 Indicator | | | | | | | | |
| Payment Application Ind. | | | | | | | | |
| Process Date Sequence No. | 1 | 2 | 1 | 1 | 2 | 1 | 3 | 2 |
| Scheduled Payment Amt. Due | | | | | | | | |
| Scheduled Payment Amt. Ind. | | | | | | | | |
| Source of Funds | | | | | | | | |
| Excess Int./Consumer Acct. | | | | | | | | |
| Excess Esc./Consumer Acct. | | | | | | | | |
| Excess Fee/Consumer Acct. | | | | | | | | |
| Excess Misc./Consumer Acct. | | | | | | | | |
| 1st Unpaid Prin. Balance | $397,192.05 | $397,192.05 | $397,192.05 | $397,952.56 | $397,952.56 | $397,952.56 | $398,711.17 | $398,711.17 |
| 2nd Unpaid Prin. Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Running Suspense Balance | $3,408.16 | $690.16 | $690.16 | $4,422.08 | $1,704.08 | $1,704.08 | $5,436.00 | $5,436.00 |
| Non-borr. Proceeds Type | | | | | | | | |
| Non-borr. Proceeds Amount | | | | | | | | |
| Default Liquidation Proceeds Amt. | | | | | | | | |
| Non-borr. Funds Type | | | | | | | | |
| Proceeds Action/Exception Code | | | | | | | | |
| Proceeds Adjustment Reason | | | | | | | | |
| Excess Principal Paid | | | | | | | | |
| Overlimit Amount | | | | | | | | |
| Consumer Pay Ahead Amt. | | | | | | | | |
| Deferred Type | | | | | | | | |
| Deferred Payment Amount | | | | | | | | |
| Deferred Pyment Balance | | | | | | | | |
| Deferred Payment Reason | | | | | | | | |
| Deferred Pmt. Effective Date | | | | | | | | |
| MICR Check Number | | | | | | | | |

| Field | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction Applied Date | 1/4/2024 | 1/3/2024 | 1/3/2024 | 1/2/2024 | 11/17/2023 | 10/20/2023 | 10/20/2023 | 10/2/2023 | 9/29/2023 | 9/19/2023 | 9/19/2023 |
| Segment Number | | | | | | | | | | | |
| Due Date | 11/1/2023 | 11/1/2023 | 11/1/2023 | 11/1/2023 | 11/1/2023 | 10/1/2023 | 10/1/2023 | 10/1/2023 | 10/1/2023 | 9/1/2023 | 9/1/2023 |
| Transaction Type/Code | 1  47 | 1  68 | 1  73 | 1  73 | 1  73 | 1  68 | 1  73 | 1  68 | 1  60 | 1  68 | 1  73 |
| Amount | $0.00 | $0.00 | $0.00 | $2,718.00 | $2,718.00 | $0.00 | $2,653.17 | $0.00 | $9.24 | $0.00 | $2,691.73 |
| Principal Paid | ($758.61) | $0.00 | $758.61 | $0.00 | $0.00 | $0.00 | $756.72 | $0.00 | $0.00 | $0.00 | $754.83 |
| Principal Balance | $398,711.17 | $397,952.56 | $397,952.56 | $398,711.17 | $398,711.17 | $398,711.17 | $398,711.17 | $399,467.89 | $399,467.89 | $399,467.89 | $399,467.89 |
| Interest Paid | ($996.78) | $0.00 | $996.78 | $0.00 | $0.00 | $0.00 | $998.67 | $0.00 | $0.00 | $0.00 | $1,000.56 |
| Escrow Paid | ($1,976.53) | ($1,976.53) | $1,976.53 | $0.00 | $0.00 | ($897.78) | $897.78 | ($9.24) | $9.24 | ($936.34) | $936.34 |
| Escrow Balance | ($1,976.53) | $0.00 | $1,976.53 | $0.00 | $0.00 | $0.00 | $897.78 | $0.00 | $9.24 | $0.00 | $936.34 |
| A & H Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Life Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Late Charge Fee Code | | | | | | | 0 | | | | 0 |
| ELOC Fee Sub Code | | | | | | | | | | | |
| Late Charge Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Miscellaneous Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Advance Balance | $2,604.39 | $2,604.39 | $4,580.92 | $4,580.92 | $4,580.92 | $4,580.92 | $5,478.70 | $5,478.70 | $5,487.94 | $5,487.94 | $6,424.28 |
| Suspense Balance | $3,731.92 | $0.00 | ($3,731.92) | $2,718.00 | $2,718.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payee Code | | | | | | | | | | | |
| Restricted Escrow | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BSC Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FHA Payment Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Refund Amt. | $0.00 | $1,976.53 | $0.00 | $0.00 | $0.00 | $897.78 | $0.00 | $9.24 | $0.00 | $936.34 | $0.00 |
| Replace Reserve | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HUD Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HUD Fee Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Reapplied Fee Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Change Owner Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capitalization Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DIB/Old Interest Rate | | | | | | | | | | | |
| New Interest Rate | | | | | | | | | | | |
| Old P & I Amt. | | | | | | | | | | | |
| New P & I Amt. | | | | | | | | | | | |
| Old Due Date | | | | | | | | | | | |
| Unearned Interest Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Unearned Interest Bal. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Credit Life Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Origination Fee Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Effective Date | | | 1/2/2024 | 1/2/2024 | 11/17/2023 | | 10/20/2023 | | | | 9/19/2023 |
| FS Principal Amt. | | | | | | | | | | | |
| FS Interest Amt. | | | | | | | | | | | |
| Interest Due Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| IOE/IORE Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hi Type | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Principal Advance Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Prin. Bal. Check No. | | | | | | | | | | | |
| Previously Posted Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Check Payee Desc. | | | | | | | | | | | |
| Held Funds Code | | | | | | | | | | | |
| Adv. Effective Date | | | | | | | | | | | |
| Batch Code | 5B1 | 5B2 | 5B2 | 5V0 | 5V0 | 5V0 | 5V0 | CPI | | 5V0 | 5V0 |
| Sequence No. | 496025 | 817633 | 817633 | 227029 | 319127 | 563133 | 563133 | 999999 | 999999 | 136078 | 136078 |
| Action | 0000 | 0000 | 0000 | 1910 | 1900 | 0000 | 0000 | 0000 | 0000 | 0000 | 0000 |
| Service Fee Paid Amt. | ($166.13) | $0.00 | $166.13 | $0.00 | $0.00 | $0.00 | $166.44 | $0.00 | $0.00 | $0.00 | $166.76 |
| Current Deferred Interest YTD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Deferred Interest Adjust Code | | | | | | | | | | | |
| Life Year-to-date Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Current Deferred Interest LTD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Life Deferred Interest Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Manual Check Code | | | | | | | | | | | |
| Disbursement Check No. | | | | | | | | | | | |
| From Payee | | | | | | | | | | | |
| Refund Description | | | | | | | | | | | |
| Sequence Code | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Processor ID | | | | | | | | | | | |
| MRec Corp. Adv. Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MRec Corp. Advance Bal. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3rd Party Corp. Adv. Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3rd Party Corp. Adv. Bal. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Non-Rec. Corp. Adv. Amt. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Non-Rec. Corp. Adv. Bal. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Corp. Advance Payee | | | | | | | | | | | |
| Payee | | | | | | | | | | | |
| Reason Code | MA | | | | | | | | | | |
| ELOC Payee 1 | | | | | | | | | | | |
| ELOC Payee 2 | | | | | | | | | | | |
| Mod. Payment Logic Plan ID | | | | | | | | | | | |
| 1098 Adjustment Flag | | | | | | | | | | | |
| Consumer Payment Plan | | | | | | | | | | | |
| Segment Type | | | | | | | | | | | |
| Access Channel/Source | | | | | | | | | | | |
| Consumer Promotion ID | | | | | | | | | | | |
| Capitalized Interest Paid Amt. | | | | | | | | | | | |
| Capitalized Interest Amt. | | | | | | | | | | | |
| Principal Forbearance Amt. | | | | | | | | | | | |
| Principal Reduction Amt. | | | | | | | | | | | |
| Investor Type | | | | | | | | | | | |
| 2-To-1 Indicator | | | | | | | | | | | |
| Payment Application Ind. | | | | | | | | | | | |
| Process Date Sequence No. | 1 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 1 |
| Scheduled Payment Amt. Due | | | | | | | | | | | |
| Scheduled Payment Amt. Ind. | | | | | | | | | | | |
| Source of Funds | | | | | | | | | | | |
| Excess Int./Consumer Acct. | | | | | | | | | | | |
| Excess Esc./Consumer Acct. | | | | | | | | | | | |
| Excess Fee/Consumer Acct. | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Excess Misc./Consumer Acct. | | | | | | | | | | | |
| 1st Unpaid Prin. Balance | $398,711.17 | $397,952.56 | $397,952.56 | $398,711.17 | $398,711.17 | $398,711.17 | $398,711.17 | $399,467.89 | $399,467.89 | $399,467.89 | $399,467.89 |
| 2nd Unpaid Prin. Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Running Suspense Balance | $5,436.00 | $1,704.08 | $1,704.08 | $5,436.00 | $2,718.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Non-borr. Proceeds Type | | | | | | | | | | | |
| Non-borr. Proceeds Amount | | | | | | | | | | | |
| Default Liquidation Proceeds Amt. | | | | | | | | | | | |
| Non-borr. Funds Type | | | | | | | | | | | |
| Proceeds Action/Exception Code | | | | | | | | | | | |
| Proceeds Adjustment Reason | | | | | | | | | | | |
| Excess Principal Paid | | | | | | | | | | | |
| Overlimit Amount | | | | | | | | | | | |
| Consumer Pay Ahead Amt. | | | | | | | | | | | |
| Deferred Type | | | | | | | | | | | |
| Deferred Payment Amount | | | | | | | | | | | |
| Deferred Pyment Balance | | | | | | | | | | | |
| Deferred Payment Reason | | | | | | | | | | | |
| Deferred Pmt. Effective Date | | | | | | | | | | | |
| MICR Check Number | | | | | | | | | | | |