## Account History: [REDACTED]    [ Account Data Views:414 ]

| Borrower: | DIMINO,JOSEPH | Address: | 4815 LEPINSKE FARM PL | Prin Bal: | $396,429.64 | Investor Type: | GNMA |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | | City: | CLAY | Add Prin Bal: | $0.00 | Investor #: | GMB |
| Due Date: | 02/01/2024 | State: | NY | Account Type: | First Mortgage - VA Residential | Investor Account #: | [REDACTED] |
| Last Pmt Appd On: | 03/28/2024 | Zip Code: | 13041-0000 | Total Pmt Amt: | $3,731.92 | PLS Client ID: | MVT/MOVEMENT |

### Request Criteria: Type = All, Date Range = From 08/29/2023 To 04/12/2024

Row Count = 24

| Transaction Description | Applied Dt | Due Date | Payment | Principal Applied | Interest Applied | Escrow Applied | Esc Bal | Adv Bal | Suspense Applied | Corp Adv Applied | L/C Amt Applied | Fee Amt Applied | Fee Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Escrow Advance Repymt | 03/28/2024 | 01/01/2024 | | | | -$1,976.53 | | $2,946.63 | | | | | |
| Funds Application | 03/28/2024 | 01/01/2024 | | $762.41 | $992.98 | $1,976.53 | $1,976.53 | $4,923.16 | -$3,731.92 | | | | |
| Funds Application | 03/27/2024 | 01/01/2024 | $2,718.00 | | | | | $4,923.16 | $2,718.00 | | | | |
| Funds Application | 02/23/2024 | 01/01/2024 | $2,718.00 | | | | | $4,923.16 | $2,718.00 | | | | |
| Escrow Advance Repymt | 01/26/2024 | 12/01/2023 | | | | -$1,976.53 | | $4,923.16 | | | | | |
| Funds Application | 01/26/2024 | 12/01/2023 | | $760.51 | $994.88 | $1,976.53 | $1,976.53 | $6,899.69 | -$3,731.92 | | | | |
| Modified Payment | 01/25/2024 | 12/01/2023 | $2,718.00 | | | | | $6,899.69 | $2,718.00 | | | | |
| Escrow Advance Repymt | 01/05/2024 | 11/01/2023 | | | | -$1,976.53 | | $6,899.69 | | | | | |
| Funds Application | 01/05/2024 | 11/01/2023 | | $758.61 | $996.78 | $1,976.53 | $1,976.53 | $8,876.22 | -$3,731.92 | | | | |
| Escrow Advance | 01/04/2024 | 11/01/2023 | $6,271.83 | | | $6,271.83 | | $8,876.22 | | | | | |
| City Tax Disbursement | 01/04/2024 | 01/01/2024 | -$4,295.30 | | | -$4,295.30 | -$6,271.83 | $2,604.39 | | | | | |
| Misapplication Reversal | 01/04/2024 | 11/01/2023 | | -$758.61 | -$996.78 | -$1,976.53 | -$1,976.53 | $2,604.39 | $3,731.92 | | | | |
| Escrow Advance Repymt | 01/03/2024 | 11/01/2023 | | | | -$1,976.53 | | $2,604.39 | | | | | |
| Funds Application | 01/03/2024 | 11/01/2023 | | $758.61 | $996.78 | $1,976.53 | $1,976.53 | $4,580.92 | -$3,731.92 | | | | |
| Funds Application | 01/02/2024 | 11/01/2023 | $2,718.00 | | | | | $4,580.92 | $2,718.00 | | | | |
| Funds Application | 11/17/2023 | 11/01/2023 | $2,718.00 | | | | | $4,580.92 | $2,718.00 | | | | |
| Escrow Advance Repymt | 10/20/2023 | 10/01/2023 | | | | -$897.78 | | $4,580.92 | | | | | |
| Funds Application | 10/20/2023 | 10/01/2023 | $2,653.17 | $756.72 | $998.67 | $897.78 | $897.78 | $5,478.70 | | | | | 0 |
| Escrow Advance Repymt | 10/02/2023 | 10/01/2023 | | | | -$9.24 | | $5,478.70 | | | | | |
| Interest on Escrow Deposit | 09/29/2023 | 10/01/2023 | $9.24 | | | $9.24 | $9.24 | $5,487.94 | | | | | |
| Escrow Advance Repymt | 09/19/2023 | 09/01/2023 | | | | -$936.34 | | $5,487.94 | | | | | |
| Funds Application | 09/19/2023 | 09/01/2023 | $2,691.73 | $754.83 | $1,000.56 | $936.34 | $936.34 | $6,424.28 | | | | | 0 |
| Escrow Advance | 09/08/2023 | 09/01/2023 | $6,424.28 | | | $6,424.28 | | $6,424.28 | | | | | |
| Tax Disbursement | 09/08/2023 | 09/01/2023 | -$8,995.86 | | | -$8,995.86 | -$6,424.28 | | | | | | |