UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:                                                      Case No.: 23-30672-5-wak

Joseph A. DiMino, Jr.,                                      Chapter 13

               Debtor.                       Hon. Wendy A. Kinsella, C.U.S.B.J.

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** under penalty of perjury that on April 16, 2024, I caused to be electronically filed the foregoing Notice of Motion, Motion and Exhibits with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF and United States Postal Service First Class Mail upon the following parties:

Neil Tarak Bhatt, Esq.
Bhatt Law Firm
536 State Street
Ogdensburg, NY 13669

Joseph A. DiMino, Jr
318 Stone Street
Watertown, NY 13601

Mark W. Swimelar-Trustee
250 South Clinton Street
Suite 203
Syracuse, NY 13202

United States Trustee
10 Broad Street
Room 105
Utica, NY 13501


Dated:  Westbury, New York
         February 15, 2023

                                          By: /s/   *Kevin R. Toole*____
                                          Kevin R. Toole, Esq.
                                          Email: ktoole@raslg.com