UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: 23-30672-5-wak |
| Joseph A. DiMino, Jr., | Chapter 13 |
| Debtor. | Hon. Wendy A. Kinsella, C.U.S.B.J. |

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** under penalty of perjury that on April 16, 2024, I caused to be electronically filed the foregoing Notice of Hearing to File Proof of Claim For Post-Petition Mortgage Loan Escrow Deficiency with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF and United States Postal Service First Class Mail upon the following parties:

Neil Tarak Bhatt, Esq.
Bhatt Law Firm
536 State Street
Ogdensburg, NY 13669

Joseph A. DiMino, Jr
318 Stone Street
Watertown, NY 13601

Mark W. Swimelar-Trustee
250 South Clinton Street
Suite 203
Syracuse, NY 13202

United States Trustee
10 Broad Street
Room 105
Utica, NY 13501


Dated:  Westbury, New York
        February 16, 2024

                                      By: /s/  *Kevin R. Toole*
                                      Kevin R. Toole, Esq.
                                      Email: ktoole@raslg.com