**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Joseph A. DiMino, Jr , )<br>)<br>Debtor(s) )<br>)<br>)<br>)<br>)<br>)<br>)<br>Social Security No(s).: xxx–xx–3179 )<br>EIN, if any: )<br>)<br>)<br>)<br>)<br>) | Case No. 23–30672–5–wak<br><br>Chapter 13 |

## NOTICE OF DEFICIENCY: ACTION REQUIRED

The filing at document number(s) 33 is/are problematic for the following reason(s):

**1.) The Notice of Hearing incorrectly contains default language. This is not a default matter under LBR 9013–3(c). Your appearance is required.**

**2.) Hybrid Notice of Hearing/Notice of Hearing on Default effective 04/02/2024:**
**The Notice of Hearing on Default or Notice of Hearing is incorrect as it does not include the following information:**

**1.The name and address of the courthouse; and**

**2. A statement that appearance may be made in–person at the courthouse OR by telephone via call–in number; and**

**3. The applicable court call–in number and access code.**

To correct the problem, follow the below instructions:

**1.) File and serve an Amended Notice of Hearing via Bankruptcy > Notices > Notice of Hearing. Choose "amended" from the drop–down box presented during entry.**

**2.)File an amended Notice of Hearing via Bankruptcy > Notices > Notice of Hearing**

**For Syracuse:**
**James M. Hanley U.S. Courthouse and Federal Building**
**100 South Clinton Street**
**Syracuse, NY 13261**

**For hearings scheduled PRIOR to June 1, 2024:**
**888–398–2342; and access code: 3187406#**

**For hearings scheduled on or AFTER June 1, 2024:**
**315–691–0477; and Conference ID: 932081324#**

Failure to correct the problem within 48 hours of this Notice will result in a referral to chambers. It is your responsibility to comply with all applicable notice and service requirements for any amended, additional, or revised documents filed in response to this Notice. If you have any procedural questions, you may contact

the Deputy Clerk listed below.

Date: 4/16/24

Cynthia A. Platt
Clerk of the Bankruptcy Court

By: Rochelle Murine
Deputy Clerk – 315–295–1636