# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0206–5 | User: admin | Date Created: 4/16/2024 |
| Case: 23–30672–5–wak | Form ID: ntcdefmc | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    USTPRegion02.UT.ECF@usdoj.gov
aty    Neil Tarak Bhatt    Neil@bhattlawfirm.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Joseph A. DiMino, Jr    318 Stone Street    Watertown, NY 13601

TOTAL: 1