UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: 23-30672-5-wak |
| Joseph A. DiMino, Jr., | Chapter 13 |
| Debtor. | Hon. Wendy A. Kinsella, C.U.S.B.J. |

------------------------------------------------------x

### AMENDED NOTICE OF HEARING TO FILE PROOF OF CLAIM FOR POST-PETITION MORTGAGE LOAN ESCROW DEFICIENCY

**PLEASE TAKE NOTICE,** that upon the annexed application of attorneys for ServiceMac, LLC ("ServiceMac"), as servicer for Movement Mortgage, LLC ("Movement Mortgage"), the undersigned will move this Court on **May 16, 2024 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, at the **United States Bankruptcy Court, James M. Hanley U.S. Courthouse, 100 South Clinton Street, Syracuse, New York 13261** for an Order allowing for the filing of a proof of claim for mortgage escrow deficiency for funds advanced and projected escrow shortage, in the instant chapter 13 case, together with such other and further relief as to the Court may seem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that any objections must be in writing and must be filed in the office of the U.S. Bankruptcy Court Clerk at 100 South Clinton Street, Syracuse, New York 13261 and served (by mail) on the undersigned attorney and the case trustee at least seven (7) days prior days to the above hearing date. You will also need to attend the hearing scheduled to be held at the United States Bankruptcy Court, Northern District of New York, James M. Hanley U.S. Courthouse, 100 South Clinton Street, Syracuse, New York 13261.

Appearances can be in person or telephonically. The hearing will be held at the above-referenced address. To appear telephonically, please call 888-398-2342; and use access code: 3187406#.

Dated: Westbury, New York
       April 18, 2024

                              Robertson, Anschutz, Schneid,
                              Crane & Partners, PLLC
                              Attorney for Secured Creditor
                              900 Merchants Concourse, Suite 310
                              Westbury, NY 11590
                              Telephone: 516-280-7675
                              Facsimile: 516-280-7674

                              By: */s/ Kevin R. Toole*_____
                              Kevin R. Toole, Esq.
                              Email: ktoole@raslg.com

TO:

Neil Tarak Bhatt, Esq.
Bhatt Law Firm
536 State Street
Ogdensburg, NY 13669


Joseph A. DiMino, Jr
318 Stone Street
Watertown, NY 13601

Mark W. Swimelar-Trustee
250 South Clinton Street
Suite 203
Syracuse, NY 13202

United States Trustee
10 Broad Street
Room 105
Utica, NY 13501