UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Joseph A. DiMino, Jr.                                   Case No.  23-30672
                                                               Chapter   13
            Debtor(s).

Change of Address Form pursuant to L.B.R. 4002-1(a)[1] and 4002-2

1.  This form is being filed by (check box):

☑   Debtor to change address

☐   Debtor to change a creditor's address _____
                                              (Name of Creditor)

☐   Party in Interest to change address _____
                                              (Name of Party in Interest)

2.  Provide your telephone number: 315-713-4837

3.  Is there another case or adversary proceeding related to this case?

☑   NO    ☐   YES – If yes, provide the related case or adversary proceeding number AND file this form on the dockets of the related proceeding(s) as well as the docket of this Case.

4.  Original Address: Joseph A. DiMino, Jr.

318 Stone St., Watertown, NY 13601 Joseph A. DiMino, Jr.

5.  Current Address: _____

99 E Oneida St., Oswego, NY 13126

I hereby certify under penalty of perjury that the above information is true.

Dated: May 13, 2024          Signature: /s/ Neil T. Bhatt

                             Print Name: Neil T. Bhatt

---

[1] To change the address of debtor's counsel, see LBR 4002-1(b).

OLR: 4002 (10-14-2021)