**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: Joseph A. DiMino, Jr.

Case No.: 23-30672-5-wak

Division: SYRACUSE

Adversary Proceeding No. (if applicable):

☒  Adjournment Request[2] for Hearing on Motion at Docket No.: ___32___

   Reason for Adjournment Request: Parties working on consent order

   Original Return Date of Motion: May 16, 2024

   Number of prior adjournment request that have been made ___0___

☐  Notification of Withdrawal of  ☐ Motion;  ☐ Opposition/Response;  ☐ Other: _____
   at Docket No.: _____

☐  Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: May 16, 2024

Requested Adjourned Hearing Date: June 13, 2024

Requesting Attorney's Name, Office Address, Phone and Email Address:

Kevin R. Toole, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
900 Merchants Concourse, Suite 310, Westbury, NY 11590
Telephone: (516) 280-7675 ext.
E-mail: ktoole@raslg.com

Consent of All Parties Obtained?   ☒ Yes   ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Neil Tarak Bhatt, Esq., Mark W. Swimelar, Ch. 13 Trustee

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.**

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(10/12/2023)