UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:                                                        CHAPTER 13
                                                              CASE NO. 23-30672
Joseph A. DiMino, Jr.
                                                              MOTION FOR PLAN
                                                              MODIFICATION OF CHAPTER 13
              DEBTOR                                          PLAN

Joseph A. DiMino, Jr., the Debtor, by and through his attorney, Neil T. Bhatt, Esq., respectfully represent as follows in support of his Motion for Plan Modification of Chapter 13 pursuant to Local Rules (the Motion):

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the United States Bankruptcy Code on September 20, 2023.

2. The Debtor entered into a plan to pay the sum of $600 per month for 60 months.

3. The Debtor's plan was confirmed by order dated January 5, 2024.

4. Due to an additional claim for escrow deficiency and an increased IRS tax claim Debtor will need to modify his plan.

5. The Debtor's disposable income is reduced to $20,716.00 with minimum percentage repayment of 1% .

6. The Debtor proposes to modify the plan to increase his monthly plan payment amount to $829.00 through the remainder of the plan.

6. That Debtor's proposed modification allows for payment of the escrow deficiency in the amount of $11,186.00 and the Internal Revenue Service claim of $6,625.00.

7. The Debtor believes that the modification of the plan as proposed is in the best interest of their estate.

WHEREFORE, on the basis of the foregoing, it is respectfully requested that the Court issue an Order approving the Motion to Modify the Chapter 13 Plan, and granting such other and further relief as this Court deems just and proper.

Date: 4 June 2024

Neil T. Bhatt,
Attorney for the Debtor
536 State Street
Ogdensburg, NY 13669
315-713-4837