United States Bankruptcy Court
Northern District of New York

In RE:

        Gerald A. Tanner and
        Melanie Tanner,

            Debtor(s)

CERTIFICATE OF SERVICE

        Case No.: 23-30672
        Chapter 13

I hereby certify that on June ___7___ 2024, a copy of the Notice and Motion for Plan Modification
of Chapter 13 plan was served electronically or by regular United States mail to all interested
parties, the Chapter 13 Trustee and all creditors listed on the attached sheet.

Connie M. LaComb, Paralegal
Bhatt Law Firm
536 State Street
Ogdensburg, NY 13669
315-713-4837
neil@bhattlawfirm.net

Label Matrix for local noticing
0206-5
Case 23-30672-5-wak
Northern District of New York
Syracuse
Wed Jun  5 15:14:52 EDT 2024

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)NEIL T BHATT
536 STATE ST
OGDENSBURG NY 13669-2759

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Robert L. Cook
NYS Department of Tax & Finance
340 E Main St.
Rochester, NY 14604-2108

Joseph A. DiMino Jr
99 E. Oneida St.
Oswego, NY 13126-2250

Discover Bank     duplicate
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial Services LLC
PO Box 30939
Salt Lake City, UT 84130-0939

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

HSBC Bank
Attn:  Bankruptcy Department
PO Box 9
Buffalo, NY 14240-0009

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LendingClub Bank, NA
3440 Flair Dr.
LockBox Services #0134268
El Monte, CA 91731-2823

LendingClub Bank, NA
P.O. BOX 884268
Los Angeles, CA 90088-4268

M&T BANK
PO Box 1508, Buffalo, NY 14240

M&T Bank
One M&T Plaza
Buffalo, NY 14203

M&T Bank
PO Box 619063
Dallas, TX 75261-9063

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Movement Mortgage
9726 Old Bailes Road Ste 200
Fort Mill, SC 29707-7882

NYS Dept. of Taxation and Finance
Attn: Bankruptcy Unit
P.O. Box 5300
Albany NY 12205-0300

New York State Department of Taxation and Fi
Bankruptcy Unit
PO Box 5300     duplicate
Albany, NY 12205-0300

Tyler J. O'Neill
M&T Bank
One M&T Plaza
Buffalo, NY 14203

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 30672
Norfolk, VA 23541

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)MARK SWIMELAR TRUSTEE
ATTN MARK SWIMELAR
250 S CLINTON ST
SUITE 203
SYRACUSE NY 13202-1067

Synchrony Bank
PO Box 965015
Orlando, FL 32896-5015

The Lending Club Corp
71 Stevenson St Ste 200
San Francisco, CA 94105-2965

Kevin Roger Toole
Robertson, Anschutz, Schneid, Crane & Pa
900 Merchant Concourse
Suite 310
Westbury, NY 11590-5114

U.S. Trustee
U.S. Trustee Office
10 Broad Street,
Room 105
Utica, NY 13501-1258

United States Attorney, NDNY
P.O. Box 7198
Syracuse, NY 13261-7198

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Neil Tarak Bhatt                        Discover Financial Services LLC          M&T Bank
Bhatt Law Firm                          PO Box 30943                             PO Box 900
536 State Street                        Salt Lake City, UT 84130-0943            Millsboro, DE 19966
Ogdensburg, NY 13669

PORTFOLIO RECOVERY ASSOCIATES, LLC       (d)Portfolio Recovery Associates, LLC     Mark W. Swimelar-Trustee
POB 41067                               POB 12914                                250 South Clinton Street
Norfolk, VA 23541                       Norfolk VA 23541                         Suite 203
                                                                                 Syracuse, NY 13202

(d) Mark W. Swimelar-Trustee
250 South Clinton Street
Suite 203
Syracuse, NY 13202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Movement Mortgage, LLC               End of Label Matrix
                                        Mailable recipients    30
                                        Bypassed recipients     1
                                        Total                  31