United States Bankruptcy Court
Northern District of New York

In RE:

Joseph A DiMino, Jr.,

Debtor(s)

*Amended*
CERTIFICATE OF SERVICE
Case No.: 23-30672
Chapter 13

I hereby certify that on June __7__ 2024, a copy of the Notice and Motion for Plan Modification of Chapter 13 plan was served electronically or by regular United States mail to all interested parties, the Chapter 13 Trustee and all creditors listed on the attached sheet.

*Connie M. LaComb*
Connie M. LaComb, Paralegal
Bhatt Law Firm
536 State Street
Ogdensburg, NY 13669
315-713-4837
neil@bhattlawfirm.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0206-5<br>Case 23-30672-5-wak<br>Northern District of New York<br>Syracuse<br>Wed Jun 5 15:14:52 EDT 2024 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)NEIL T BHATT<br>536 STATE ST<br>OGDENSBURG NY 13669-2759 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Robert L. Cook<br>NYS Department of Tax & Finance<br>340 E Main St.<br>Rochester, NY 14604-2108 |
| Joseph A. DiMino Jr<br>99 E. Oneida St.<br>Oswego, NY 13126-2250 | Discover Bank  *duplicate*<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial Services LLC<br>PO Box 30939<br>Salt Lake City, UT 84130-0939 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | HSBC Bank<br>Attn: Bankruptcy Department<br>PO Box 9<br>Buffalo, NY 14240-0009 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LendingClub Bank, NA<br>3440 Flair Dr.<br>LockBox Services #0134268<br>El Monte, CA 91731-2823 | LendingClub Bank, NA<br>P.O. BOX 884268<br>Los Angeles, CA 90088-4268 |
| M&T BANK<br>PO Box 1508, Buffalo, NY 14240 | M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203 | M&T Bank<br>PO Box 619063<br>Dallas, TX 75261-9063 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Movement Mortgage<br>9726 Old Bailes Road Ste 200<br>Fort Mill, SC 29707-7882 | NYS Dept. of Taxation and Finance<br>Attn: Bankruptcy Unit<br>P.O. Box 5300<br>Albany NY 12205-0300 |
| New York State Department of Taxation and Fi<br>Bankruptcy Unit  *duplicate*<br>PO Box 5300<br>Albany, NY 12205-0300 | Tyler J. O'Neill<br>M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 30672<br>Norfolk, VA 23541 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)MARK SWIMELAR TRUSTEE<br>ATTN MARK SWIMELAR<br>250 S CLINTON ST<br>SUITE 203<br>SYRACUSE NY 13202-1067 | Synchrony Bank<br>PO Box 965015<br>Orlando, FL 32896-5015 |
| The Lending Club Corp<br>71 Stevenson St Ste 200<br>San Francisco, CA 94105-2965 | Kevin Roger Toole<br>Robertson, Anschutz, Schneid, Crane & Pa<br>900 Merchant Concourse<br>Suite 310<br>Westbury, NY 11590-5114 | U.S. Trustee<br>U.S. Trustee Office<br>10 Broad Street,<br>Room 105<br>Utica, NY 13501-1258 |

United States Attorney, NDNY
P.O. Box 7198
Syracuse, NY 13261-7198

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Neil Tarak Bhatt<br>Bhatt Law Firm<br>536 State Street<br>Ogdensburg, NY 13669 | Discover Financial Services LLC<br>PO Box 30943<br>Salt Lake City, UT 84130-0943 | M&T Bank<br>PO Box 900<br>Millsboro, DE 19966 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Mark W. Swimelar-Trustee<br>250 South Clinton Street<br>Suite 203<br>Syracuse, NY 13202 |
| (d) Mark W. Swimelar-Trustee<br>250 South Clinton Street<br>Suite 203<br>Syracuse, NY 13202 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Movement Mortgage, LLC

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31