UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Joseph A DiMino Jr                         Case No.  23-30672
                                                  Chapter   13
            Debtor(s).

Change of Address Form pursuant to L.B.R. 4002-1(a)[1] and 4002-2

1. This form is being filed by (check box):

☐ Debtor to change address

☑ Debtor to change a creditor's address  The Lending Corp
                                         (Name of Creditor)

☐ Party in Interest to change address _____
                                      (Name of Party in Interest)

2. Provide your telephone number: _____

3. Is there another case or adversary proceeding related to this case?

☐ NO   ☐ YES – If yes, provide the related case or adversary proceeding number AND file this form on the dockets of the related proceeding(s) as well as the docket of this Case.

4. Original Address: 71 Stevenson St Ste 200 San Francisco, CA 94105

5. Current Address: PO Box 884268 Los Angeles CA 90088

I hereby certify under penalty of perjury that the above information is true.

Dated: June 17, 2024                  Signature: _____

                                      Print Name: Neil T Bhatt

---

[1] To change the address of debtor's counsel, see LBR 4002-1(b).

OLR: 4002 (10-14-2021)