So Ordered.

Signed this 11 day of July, 2024.



_____

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

    Joseph A. DiMino, Jr.,

             Debtor

ORDER TO APPROVE DEBTOR'S
MOTION FOR PARTIAL RELIEF
FROM AUTOMATIC STAY TO
ALLOW MATRIMONIAL ACTION
TO PROCEED IN STATE COURT

Chapter 13
Case No. 23-30672

The Motion of the Debtor for an Order To Approve Debtor's Motion For Relief From

Automatic Stay To Allow Matrimonial action to proceed in State Court, having come on for a

hearing before the Court on May 16, 2024 and the creditors, attorneys for the creditors; Mark W.

Swimelar, Esq., Trustee; and the United States Trustee having been provided with notice and an

opportunity to be heard; and there having been no appearances or submissions in opposition to

the relief requested; and the Court having considered the Motion, it is ORDERED AND

ADJUDGED as follows:

(1)     Approving the Motion For Relief From Automatic Stay To Allow Matrimonial

Action to Proceed in State Court; and

(2)    Approving attorney fees in the amount of $500.00.

(3)    For such other relief as to the Court deems just and proper.

###