So Ordered.

Signed this 11 day of July, 2024.



*Wendy A. Kinsella*

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

    Joseph A. DiMino, Jr.,

        DEBTOR

CHAPTER 13
CASE NO. 23-30672

ORDER MODIFYING
CONFIRMED PLAN

    An Order of Confirmation having been entered in the above-entitled proceeding dated 01/05/2024 providing for payments of $600.00 per month for a period of 60 months with dividends to unsecured creditors at no less than 36%; and the Court having considered the Motion and the matter having come before the Court on 07/11/2024; and the Trustee and affected parties having been served with the Notice of Motion and Motion and there having been no objections to the requested relief; and no creditors having objected to the relief requested;

    NOW THEREFORE it is hereby ORDERED:

1)     Order approving the Motion to Modify the Chapter 13 Plan to increase Debtor's monthly payment to $829.00 for the remainder of the plan,

2)     Disposable income reduced to $20,716 with minimum percentage repayment of 1%; and

3)     For such other and further relief as to the Court deems just and proper.

# # #