So Ordered.

Signed this 11 day of July, 2024.



_____

Wendy A. Kinsella

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

Joseph A. DiMino, Jr.,

            Debtor.
-------------------------------------------------------x

Case No.: 23-30672-5-wak

Chapter 13

## ORDER GRANTING MOTION OF SERVICEMAC, LLC TO FILE PROOF OF CLAIM FOR POST-PETITION MORTGAGE LOAN ESCROW DEFICIENCY

Upon the Motion of ServiceMac, LLC ("ServiceMac"), as servicer for Movement Mortgage, LLC ("Movement Mortgage," and with ServiceMac, the "Movants") , for an Order of the Court allowing for the filing of a proof of claim for mortgage escrow deficiency for funds advanced and projected escrow shortage [ECF No. 32] (the "Motion"); and the Motion having been duly noticed and served as reflected in the certificate of service filed with the Amended Notice of Hearing for the Motion [ECF No. 35] ; and the debtor, Joseph A. DiMino, Jr. ("Debtor") and the chapter 13 trustee, Mark W. Swimelar (the "Trustee") having not filed any opposition to the Motion; and counsel for ServiceMac and Movement Mortgage and counsel for the Debtor and the Trustee having appeared with respect to the Motion at a hearing before the Court on July 11,

1

2024 (the "Hearing"); and upon the full record of the Hearing and after due deliberation given, it is,

      **ORDERED**, that the Motion is granted; and it is further

      **ORDERED**, that the Movants are authorized to file an appropriate proof of claim as described and provided for in the Motion in the debtor's chapter 13 case.

# # #