UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

Joseph A. DiMino, Jr,                                              Case No 23-30672

    Debtor.                                                     Chapter 13
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

    **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Movement Mortgage, LLC (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Raquel Felix, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

Dated: January 9, 2025
Westbury, NY

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    900 Merchants Concourse, Suite 310
    Westbury, NY 11590
    Phone: (516) 280-7675
    Fax:    (516) 280-7674

    By: /s/ Raquel Felix
    Raquel Felix, Esquire
    NY Bar Number 4567632
    Email: raqfelix@raslg.com

23-149768 - RaF

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In Re:

Joseph A. DiMino, Jr,                                                                  Case No 23-30672

   Debtor.                                                                                       Chapter 13
-----------------------------------------------------------------x

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on January 10, 2025, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

NEIL TARAKBHATT
BHATT LAW FIRM
536 STATE STREET
OGDENSBURG, NY  13669

JOSEPH A. DIMINO, JR
99 E. ONEIDA ST.
OSWEGO, NY  13126

MARK W. SWIMELAR-TRUSTEE
250 SOUTH CLINTON STREET
SUITE 203
SYRACUSE, NY  13202

U.S. TRUSTEE
U.S. TRUSTEE OFFICE
10 BROAD STREET
ROOM 105
UTICA, NY  13501

23-149768 - RaF

Dated: January 10, 2025
Westbury, NY

By: /s/ Journie Morosky