# United States Bankruptcy Court
FOR THE
Northern District of New York

| | |
|---|---|
| **IN RE:** JOSEPH A DIMINO JR<br>99 E ONEIDA ST<br>OSWEGO, NY 13126 | CASE No. 23-30672<br>SS #1 XXX-XX-3179 |

## NOTICE TO ALLOW ADDITIONAL / AMENDED CLAIM

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor, and that such claim was not included on previous notice allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| DEPARTMENT OF TREASURY / PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 002-2 | Priority | 19,122.62 |

Your trustee has examined the claim and recommends that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

/s/MARK W. SWIMELAR

Pursuant to 11 U.S.C. 502(a) the claim which has been filed as recited above is deemed allowed unless objection is made by the debtor or other party in interest. The debtor and debtor attorney of record shall be given forty-five (45) days from the date of filing of this notice within which to examine the proofs of claim and to file a motion objecting to any claim which may be improper. The absence of a timely filed objection will be deemed an approval by the debtor(s) of the claims as recited above.

NEIL T BHATT ESQ
BHATT LAW FIRM
536 STATE STREET
OGDENSBURG, NY 13669

CERTIFICATE OF MAILING

Upon the electronic filing of this document with Court, the debtor's attorney and United States Trustee's office are deemed to have received the Notice to Allow Claims on such date.