UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

In re:                                                                                    NOTICE OF MOTION

**Joseph A. DiMino, Jr,**                                            Case No. 23-30672-5-wak

                                                                                           Chapter 13

                                                                                           **HON. WENDY A. KINSELLA**

        Debtor.
----------------------------------------------------------------------x

      **PLEASE TAKE NOTICE,** that upon the annexed application of attorneys for MOVEMENT MORTGAGE, LLC, BY SERVICE MAC, LLC, ITS APPOINTED ATTORNEY IN FACT (hereinafter "Movant"), the undersigned respectfully moves this Court for an order, pursuant to 11 U.S.C. § 362(d)(1) terminating the automatic stay herein as to the lien interest of Movant in real property of the debtor commonly known as 4815 Lepinske Farm Place, Clay, NY 13041, waiver of the 14 day stay contained in Rule 4001, together with Movant attorney's fees of $450.00, if granted on default, or $550.00, if resolved by conditional order and costs of $199.00, and such other and further relief as to the Court may seem just and proper.

      **PLEASE TAKE FURTHER NOTICE** that this motion shall be returnable on the 3rd day of April, 2025 at 10:00 a.m. of that day, or as soon thereafter as counsel can be heard, before the Hon. Wendy A. Kinsella in person at the James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York **OR** by telephone via call-in number: 315-691-0477; and Conference ID: 932081324#

      **PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL BANKRUPTCY**

**RULE 9013-1, IF YOU INTEND TO OPPOSE THIS MOTION, WRITTEN OPPOSITION MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON MOVANT'S COUNSEL AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE.  IF YOU DO NOT FILE AND SERVE WRITTEN OPPOSITION, NO HEARING WILL BE HELD ON THE RETURN DATE AND THE COURT MAY GRANT THE MOTION AS UNOPPOSED.**

Dated: March 10, 2025
       Westbury, NY

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE AND PARTNERS, PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax: (516) 280-7674


By: /s/ _Suzanne Youssef_____
Suzanne Youssef, Esq.
Email: syoussef@raslg.com


TO:

Joseph A. DiMino, Jr
99 E. Oneida St.
Oswego, NY 13126

Neil Tarak Bhatt
Bhatt Law Firm
536 State Street
Ogdensburg, NY 13669

Mark W. Swimelar-Trustee
250 South Clinton Street
Suite 203
Syracuse, NY 13202

U.S. Trustee
U.S. Trustee Office
10 Broad Street,
Room 105
Utica, NY 13501

Hon. Wendy A. Kinsella
U.S. Bankruptcy Court
James M. Hanley U.S. Courthouse and Federal Building
100 South Clinton Street
Syracuse, NY  13261
***Chamber's Copy***