UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:

**Joseph A. DiMino, Jr,**                                          Case No. 23-30672-5-wak

                                                                             Chapter 13

                                                                             **HON. WENDY A. KINSELLA**

                              Debtor.

-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** under penalty of perjury that on March 10, 2025, I electronically

filed the foregoing Notice of Motion, Motion for Relief from Automatic Stay, Exhibits and

Proposed Order with the Clerk of Court by using the CM/ECF system, and a true and correct copy

has been served via CM/ECF and United States Mail to the following parties:

Joseph A. DiMino, Jr
99 E. Oneida St.
Oswego, NY 13126

Neil Tarak Bhatt
Bhatt Law Firm
536 State Street
Ogdensburg, NY 13669

Mark W. Swimelar-Trustee
250 South Clinton Street
Suite 203
Syracuse, NY 13202

U.S. Trustee
U.S. Trustee Office
10 Broad Street,
Room 105
Utica, NY 13501

Hon. Wendy A. Kinsella
U.S. Bankruptcy Court
James M. Hanley U.S. Courthouse and Federal Building
100 South Clinton Street
Syracuse, NY  13261
***Chamber's Copy***

March 10, 2025
Westbury, NY

                                                ROBERTSON, ANSCHUTZ, SCHNEID,
                                                CRANE AND PARTNERS, PLLC
                                                Attorney for Secured Creditor
                                                900 Merchants Concourse, Suite 310
                                                Westbury, NY 11590
                                                Phone: (516) 280-7675
                                                Fax: (516) 280-7674


                                                By: /s/ Suzanne Youssef
                                                Suzanne Youssef, Esq.
                                                Email: syouseff@raslg.com