**United States Bankruptcy Court
Northern District of New York
All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: Joseph A DiMino, Jr.

Case No.: 23-30672

Division: Syracuse

Adversary Proceeding No. (if applicable):

☒  Adjournment Request[2] for Hearing on Motion at Docket No.: _____53_____

    Reason for Adjournment Request: allow time to resolve the objection

    Original Return Date of Motion: 4/3/2025

    Number of prior adjournment request that have been made ___0___

☐  Notification of Withdrawal of  ☐ Motion;  ☐ Opposition/Response;  ☐ Other: _____
    at Docket No.: _____

☐  Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: 04/03/2025

Requested Adjourned Hearing Date: 05/15/2025

Requesting Attorney's Name, Office Address, Phone and Email Address:
  Neil T Bhatt, 536 State St., Ogdenburg, NY 13669
  315-713-4837; neil@bhattlawfirm.net

Consent of All Parties Obtained?   ☒ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Ch 13 Trustee, US Trustee via ECF

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>. When E-Filing, This Form Must Be Linked to the <u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(10/12/2023)