# EXHIBIT B

# M&T Bank

Manufacturers and Traders Trust Company, One M&T Plaza, Buffalo, New York 14203   PH (716) 842-2301   FX (716) 842-5376
e-mail: toneill3@mtb.com

Tyler J. O'Neill
Vice President and Attorney

March 27, 2025

Joseph A. DiMino, Jr.
99 East Oneida Street
Oswego, New York 13126

Re:   2015 Mercedes-Benz C-Class
      Conditional Order Lifting Automatic Stay
      Case No. 23-30672-WAK

Dear Mr. DiMino, Jr. and Counsel:

Pursuant to the Conditional Order Lifting Automatic Stay (the "Order") entered in the above case, you were required to make your regular monthly payments to M&T Bank on or before the 1st of each month. Please be advised that payment has not been received by M&T Bank for November through December of 2024 and January through March of 2025.

You are hereby notified you are in default of the Order and you have ten (10) days from today to cure the default and make the required payments. If the default is not cured within ten (10) days, M&T Bank will proceed with an ex-parte order lifting the automatic stay.

Thank you for your prompt attention to this matter.

Very truly yours,

*[signature]*

Tyler J. O'Neill, Esq.

Cc:   Neil Tarak Bhatt
      Bhatt Law Firm
      536 State Street
      Ogdensburg, New York 13669