UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

   Joseph A. DiMino, Jr.                          Case No.:  23-30672-WAK

   Debtor.                                            Chapter 13

**ORDER LIFTING AUTOMATIC STAY**

Upon the application of M&T Bank for an Order pursuant to Section 362(d) of the Bankruptcy Code, lifting and vacating the automatic stay as to the to allow it to repossess property known as a 2015 Mercedes-Benz C-Class motor vehicle bearing vehicle identification number 55SWF4KB8FU031553 (the "Collateral"), and a Conditional Order being entered by the Court on January 30, 2024 and the Debtor defaulting on said Conditional Order and sufficient cause appearing therefore, it is hereby

ORDERED, that the automatic stay as to the Debtor is hereby lifted and vacated permitting M&T Bank to proceed with the repossession and sale of the Collateral, and it is further

ORDERED, that the provisions of this Order shall not affect the rights of the Trustee to any surplus monies which may arise as a result of the sale of the Collateral, and it is further

ORDERED, that the Conditional Order entered on January 30, 2024, be and hereby is vacated.

                                                      SO ORDERED:

Entered:

                                                    Hon. Wendy A. Kinsella
                                                    United States Bankruptcy Judge

1