So Ordered.

Signed this 29 day of April, 2025.



_____

Wendy A. Kinsella

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In Re:

    Joseph A. DiMino, Jr.                                       Case No.:   23-30672-WAK

    Debtor.                                                              Chapter 13

_____

## ORDER LIFTING AUTOMATIC STAY

Upon the application of M&T Bank for an Order pursuant to Section 362(d) of the Bankruptcy Code, lifting and vacating the automatic stay as to the to allow it to repossess property known as a 2015 Mercedes-Benz C-Class motor vehicle bearing vehicle identification number 55SWF4KB8FU031553 (the "Collateral"), and a Conditional Order being entered by the Court on January 30, 2024 and the Debtor defaulting on said Conditional Order and sufficient cause appearing therefore, it is hereby

ORDERED, that the automatic stay as to the Debtor is hereby lifted and vacated permitting M&T Bank to proceed with the repossession and sale of the Collateral, and it is further

ORDERED, that the provisions of this Order shall not affect the rights of the Trustee to any surplus monies which may arise as a result of the sale of the Collateral, and it is further

~~ORDERED, that the Conditional Order entered on January 30, 2024, be and hereby is vacated.~~

*JWAK*

**ORDERED that Movant is permitted to enforce its state law rights and remedies with respect to the Collateral; and it is further**

**ORDERED that notices and communications may be sent directly to the debtor(s) as required by law; and it is further**

**ORDERED that the case trustee be added as a necessary party to any foreclosure proceedings so as to receive notice of the report of sale and any surplus money proceedings, and, closure of the bankruptcy case shall not constitute an abandonment of the trustee's interest, if any, in any surplus proceeds; and it is further**

**ORDERED that conversion of this case to any other chapter under title 11 of the United States Code shall not act to impose anew the automatic stay.**

###

~~SO ORDERED.~~

~~Entered:~~

*JWAK*

~~Hon. Wendy A. Kinsella~~
~~United States Bankruptcy Judge~~