**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: Joseph A Dimino Jr

Case No.: 23-30672

Division: Syracuse

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.: ___53___

    Reason for Adjournment Request: allow time for creditor to confirm exact payments history

    Original Return Date of Motion: 4/3/2025

    Number of prior adjournment request that have been made ___1___

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: _____
    at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: 05/15/2025

Requested Adjourned Hearing Date: 06/26/2025

Requesting Attorney's Name, Office Address, Phone and Email Address:
    Neil T Bhatt, 536 State St., Ogdensburg, NY 13669; 315-713-4837;
    Neil@bhattlawfirm.net

Consent of All Parties Obtained?    ☒ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Chapter 13 Trustee, US Trustee via ECF

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>. When E-Filing, This Form Must Be Linked to the <u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CM:LR9013A(10/12/2023)