**United States Bankruptcy Court
Northern District of New York
All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: Joseph A. DiMino, Jr.

Case No.: 23-30672

Division: Utica

Adversary Proceeding No. (if applicable): _____

☐ Adjournment Request[2] for Hearing on Motion at Docket No.: _____

Reason for Adjournment Request:

Original Return Date of Motion:

Number of prior adjournment request that have been made _____

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: _____
at Docket No.: _____

☒ Notification of Settlement of Motion at Docket No.: ___53___

Date of Hearing: 6/26/2025

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:
Neil T Bhatt, 536 State St., Ogdensburg, NY 13669
neil@bhattlawfirm.net; 315-713-4837

Consent of All Parties Obtained?   ☒ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Chapter 13 Trustee, US Trustee via ecf

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.**

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(10/12/2023)