UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: **JOSEPH A DIMINO JR** | **NOTICE AND MOTION TO DISMISS** |
| Debtor. | Chapter 13<br>Case No. **23-30672** |

**NOTICE IS HEREBY GIVEN** that this motion will be heard as follows:

DATE: **February 11, 2026**              TIME: **10:00 a.m.**

LOCATION:     **James M. Hanley U.S. Courthouse & Federal Building**
              **100 S. Clinton Street, Syracuse, New York 13261**

APPEARANCES**:**  **In-person at the courthouse OR by video via Teams, for which pre-registration is required by 3:00 PM one business day before the hearing.
Go to https://www.nynb.uscourts.gov/Remote-Hearing-Appearances**

Pursuant to 11 U.S.C. § 1307(c), Mark W. Swimelar, the Chapter 13 Trustee, will move for an Order dismissing the above-captioned matter for material default by the Debtor with respect to a term of a confirmed plan:

1) The plan was confirmed by Order dated 01/05/2024.  The current payment is $1091.00.  The term of the plan is 60 months.

2) The Debtor is **$4,364.00** in arrears through December 2025.  The January payment is due on the 20th. The last payment was received on September 24, 2025.

3) The plan appears to be unfeasible.  The amount amount needed to complete the plan according to allowed claims is presently $48,379.11, but the plan only provides for $40,367.00 in further payments.

     **WHEREFORE,** the Trustee respectfully requests that the motion to dismiss be granted, and such further relief as the Court deems appropriate.

**IF YOU INTEND TO OPPOSE THIS MOTION, WRITTEN OPPOSITION MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON MOVANT'S COUNSEL AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE. IF YOU DO NOT FILE AND SERVE WRITTEN OPPOSITION, NO HEARING WILL BE HELD ON THE RETURN DATE AND THE COURT MAY GRANT THE MOTION AS UNOPPOSED.**

Dated:   Syracuse, New York                */s/ Edward J. Fintel*
         January 7, 2026                   Edward J. Fintel, Staff Attorney
                                           Office of Chapter 13 Trustee
                                           Bar Roll No. 506268
                                           250 S. Clinton St, #203, Syracuse, NY 13202
                                           (315) 471-1499   Email: ejfintel@cnytrustee.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:     **JOSEPH A DIMINO JR**

Chapter 13

Debtor.          Case No. **23-30672**

### CERTIFICATE OF SERVICE

**DEBRA J. PARAH** certifies that she is, and at all times hereinafter mentioned was, an employee in the office of the Standing Chapter 13 Trustee and over the age of 18 years;

That on January 7, 2026 she served the within Notice and Motion to Dismiss on the below named at the address listed below, by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper under the exclusive custody of the United States Post Office Department in an official depository within the State of New York:

JOSEPH A DIMINO JR
99 E ONEIDA ST
OSWEGO, NY 13126

And on that same date, she electronically filed the foregoing Notice and Motion to Dismiss with the Clerk of the Bankruptcy Court using CM/ECF system which sent notification of such filing to the following:

WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE

NEIL T BHATT ESQ

                                                    */s/ Debra J. Parah*
                                                    Debra J. Parah