UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

JOSEPH A DIMINO, JR,　　　　　　　　　RESPONSE TO OBJECTION OF
　　　　　　　　　　　　　　　　　　　　　CONFIRMATION
Debtor　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　Case No. 23-30672

Bhatt Law Firm, Neil T. Bhatt, of counsel, attorney for the Debtors duly sworn deposes and states as follows:

1. I am the attorney for the Debtor, Joseph A. Dimino, Jr. (hereinafter ("the Debtor") and as such I am fully familiar with the facts and circumstances of this case. I make this response:

2. Debtor made a payment on February 5, 2026 in the amount of $4,500.00 to bring the plan payments current through December 2025 and a partial payment of $136.00 towards the January 2026 payment.

3. The Debtor will pay the remaining January 2026 payment in the amount of $955.00 on February 20, 2026.

4. The Debtor will voluntarily increase the plan payment going forward, starting with the February 2026 payment and for the remainder of the plan to $1,221.00 so that the plan will now be feasible.

5. WHEREFORE, the Debtor respectfully requests that the Trustee's Motion to Dismiss be denied, or in the alternative, adjourn it to the Court's next hearing date so that the parties can negotiate a Conditional Order.

Dated: 2/11/2026　　　　　　　　　　　　BHATT LAW FIRM

　　　　　　　　　　　　　　　　　　　　/s/Neil T. Bhatt
　　　　　　　　　　　　　　　　　　　　Neil T. Bhatt, Esq.
　　　　　　　　　　　　　　　　　　　　536 State St., Ogdensburg, NY 13669
　　　　　　　　　　　　　　　　　　　　315-713-4837