**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: Joseph A Dimino Jr.

Case No.: 23-30672

Division: Syracuse

Adversary Proceeding No. (if applicable):

☐ Adjournment Request[2] for Hearing on Motion at Docket No.: _____

   Reason for Adjournment Request:

   Original Return Date of Motion:

   Number of prior adjournment request that have been made _____

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: _____
   at Docket No.: _____

☒ Notification of Settlement of Motion at Docket No.: __63__

Date of Hearing: 2/11/26

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:
  Mark W. Swimelar, Ch 13 Trustee
  250 S. Clinton St., Suite 203, Syracuse, NY 13202
  315-471-1499
  trustee@cnytrustee.com

Consent of All Parties Obtained?    ☐ Yes   ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Neil Bhatt, Esq.

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.**

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(10/12/2023)