So Ordered.

Signed this 3 day of March, 2026.





_____

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:  **JOSEPH A. DIMINO JR.**,   **ORDER ON CONSENT**

Debtor.   Chapter 13
Case No. **23-30672**

A motion to dismiss this proceeding under 11 U.S.C. §1307(c) having been brought by the Trustee, Mark W. Swimelar, and the matter having been scheduled to be heard on **February 11, 2026**, and Debtor having filed a response to the Trustee's motion [ECF#64], and the parties having agreed to the following Order, and the Court having reviewed all of the pleadings and proceedings heretofore had herein and due deliberation having been had thereon, it is accordingly

**ORDERED** that the arrears in the amount of $955.00 shall be waived, and the Debtor shall increase plan payments from $1,091.00 to **$1,221.00** per month starting with the payment due **March 2026**, and continuing for the remaining term of the plan to cure arrears and/or resolve feasibility, and it is further

Consented to:

_____   _02/11/2026_
Neil T Bhatt, Esq.                Date
Attorney for Debtor

MARK W. SWIMELAR
CHAPTER 13 TRUSTEE

By: _____   _3/2/26_
Edward J. Fintel, Staff Attorney      Date

###