So Ordered.

Signed this 22 day of July, 2026.





_____

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In Re:

Joseph A. DiMino, Jr.,

Debtor.
----------------------------------------------------------X

**CONDITIONAL ORDER
GRANTING RELIEF FROM
THE AUTOMATIC STAY**

Case No. 23-30672-5-wak

Chapter 13

**Hon. Wendy A. Kinsella**

Upon consideration of the motion of the Movant Movement Mortgage, LLC, by Service Mac, LLC, its appointed Attorney in Fact (the "Movant") filed on March 10, 2025 (the "Motion"), for an order pursuant to 11 U.S.C. § 362(d)(1), granting relief from automatic stay as to Movant's lien interest in the property located at 4815 Lepinske Farm Place, Clay, NY 13041 (the "Property"), and proof of service filed upon all necessary parties; and the Court having jurisdiction to consider

the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, and counsel for the

parties having consented to the within terms to resolve the Motion, it is hereby

**ORDERED,** Debtor shall pay Movant the post-petition delinquency in the sum of

$82,431.23 representing the amount due through July, 2026. Said amount shall be paid by July 15,

2027. A breakdown of the delinquency is as follows:

| | |
|---|---|
| 9 payments due @ $3,334.08 per month (07/01/2024-03/01/2025) | $30,006.72 |
| 6 Payments due at $3,164.74 per month (04/01/2025 – 09/01/2025) | $18,988.44 |
| 9 Payments due at $3,265.99 (10/01/2025 – 06/01/2026) | $29,393.91 |
| 1 Payment due @ $3,293.16 (07/01/2026) | $ 3,293.16 |
| Attorney Fees and Costs for Motion for Relief | $ 749.00 |
| **Total Due** | **$82,431.23** |

Debtor shall make payments as follows:

| Due | Amount |
|---|---|
| 08/15/2026 | $6,869.26 |
| 09/15/2026 | $6,869.26 |
| 10/15/2026 | $6,869.26 |
| 11/15/2026 | $6,869.26 |
| 12/15/2026 | $6,869.26 |
| 01/15/2027 | $6,869.26 |
| 02/15/2027 | $6,869.26 |
| 03/15/2027 | $6,869.26 |
| 04/15/2027 | $6,869.26 |
| 05/15/2027 | $6,869.26 |
| 06/15/2027 | $6,869.26 |
| 07/15/2027 | $6,869.37 |

Said payments shall be mailed to the following address:

ServiceMac, LLC
PO Box 105178
Atlanta, GA 30348-5178

and it is further

**ORDERED**, that Debtors shall continue making regular monthly post-petition payments beginning with the August 1, 2026 payment and each month thereafter; and it is further

**ORDERED,** that in the event of a default hereunder, the Movant will send a ten (10) day Notice of Default to the Debtor and Debtor's Attorney, giving the Debtor ten (10) days to cure the default. In the event the Debtor fails to cure said default within the ten (10) day cure period, counsel for Movant will file with the court an Affirmation of Non-Compliance, and proposed order, with service upon the Debtor, Debtor's Attorney, and the Chapter 13 Trustee, thereby terminating the automatic stay and allowing Movant to pursue its rights under the Note and Mortgage, including but not limited to the continuation and consummation of an action to foreclose the Mortgage with respect to the Property, and it is further

**ORDERED,** that in the event of a default hereunder, and if Movant has sent two (2) previous Notices of Default under above Paragraph, then upon a third (3rd) default, the automatic stay shall be vacated upon filing by Movant of an Affirmation of Non- Compliance, and proposed order, with service upon the Debtor, Debtor Attorney, and the Chapter 13 Trustee, thereby terminating the automatic stay and allowing Movant to pursue its rights under the Note and Mortgage, including but not limited to the continuation and consummation of an action to foreclose the Mortgage with respect to the Property; and it is further

**ORDERED,** that the Trustee shall retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus money proceedings.

**CONSENTED TO AND AGREED BY:**

Dated: 07/13/2026                                             Dated: 07/13/2026

/s/_ Aashmita Shravah____                          /s/_Neil Tarak Bhatt__
Aashmita Shravah, Esq.                              Neil Tarak Bhatt, Esq.
**Robertson, Anschutz, Schneid,**          **Bhatt Law Firm**
**Crane & Partners, PLLC**
*Attorneys for Movant*                              *Attorneys for Debtor*

###