UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
**JOSEPH A DIMINO JR,**

                Debtor.

Case No. **23-30672**

Chapter 13

## NOTICE AND MOTION TO DISMISS

**NOTICE IS HEREBY GIVEN** that this motion will be heard as follows:

DATE:            **September 2, 2026**      TIME: **11:00 a.m.**

LOCATION:     **U.S. Bankruptcy Court**
                    **James M. Hanley U.S. Courthouse and Federal Building**
                    **100 South Clinton Street, Syracuse, New York 13261**

APPEARANCES: In-person at the courthouse OR by video via MS Teams, for which pre-registration is required by 3:00 PM one business day before the hearing. To register go to: https://www.nynb.uscourts.gov/Remote-Hearing-Appearances

Pursuant to 11 U.S.C.§1307(c)(6), Mark W. Swimelar, the Chapter 13 Trustee, will move for an Order dismissing the above-captioned matter for material default by the debtor with respect to a term of a confirmed plan:

1) The plan was confirmed by Order dated 01/05/2024.

2) The current payment is $1221.00.  The dividend for unsecured creditors is 23.35% ($20,716). The balance owing is $37,523.49.

3) The Debtor is 3.85 months, **$4,696.00,** in arrears through July 2026. The last payment was received on April 27, 2026.

      **WHEREFORE,** the Trustee respectfully requests that the motion to dismiss be granted, and such further relief as the Court deems appropriate.

**IF YOU INTEND TO OPPOSE THIS MOTION, WRITTEN OPPOSITION MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON MOVANT'S COUNSEL AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE. IF YOU DO NOT FILE AND SERVE WRITTEN OPPOSITION, NO HEARING WILL BE HELD ON THE RETURN DATE AND THE COURT MAY GRANT THE MOTION AS UNOPPOSED.**

Dated:    Syracuse, New York
          August 5, 2026

Mark W. Swimelar, Chapter 13 Trustee

BY:      */s/ Edward J. Fintel*
          Edward J. Fintel, Staff Attorney
          Bar Roll No. 506268
          250 S. Clinton Street, Suite 203
          Syracuse, New York 13202
          (315) 471-1499
          Email:  ejfintel@cnytrustee.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

In re:
**JOSEPH A DIMINO JR,**

                                      Chapter 13
               Debtor.           Case No. **23-30672**

_____

## CERTIFICATE OF SERVICE

      **Amy E. Militi** certifies that she is, and at all times hereinafter mentioned was, an employee in the office of the Standing Chapter 13 Trustee and over the age of 18 years;

      That on August 5, 2026, she electronically filed the foregoing Notice with the Clerk of the Bankruptcy Court using CM/ECF system which sent notification of such filing to the following:

      OFFICE OF THE U.S. TRUSTEE
      USTPRegion02.UT.ECF@usdoj.gov

      NEIL T BHATT ESQ


And that on the same date, she served the attached Notice and Motion on the below named by depositing a copy in a post-paid, properly addressed wrapper under the custody of the United States Post Office in a depository within the State of New York.

      JOSEPH A DIMINO JR
      4815 LEPINSKE FARM PL
      CLAY, NY 13041


                                      */s/ Amy E. Militi*
                                      Amy E. Militi