**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**<u>This Form Is To Be Used For Motion[1] Calendar Only</u>.**

Case Name: Joseph A. Dimino Jr

Case No.: 23-30672

Division: Syracuse

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.: 69

Reason for Adjournment Request: for motion to sell property

Original Return Date of Motion: September 16, 2026

Number of prior adjournment request that have been made 0

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: ______ at Docket No.: ____________

☐ Notification of Settlement of Motion at Docket No.: ____________

Date of Hearing: September 16, 2026

Requested Adjourned Hearing Date: October 21, 2026

Requesting Attorney's Name, Office Address, Phone <u>and</u> Email Address:
Mark Swimelar, Esq., Trustee
250 S. Clinton St #203
Syracuse, NY 13202
315-471-1499 trustee@cnytrustee.com

Consent of All Parties Obtained? ☒ Yes ☐ No - ***Absent compelling reasons, adjournments will not be granted without the consent of all parties.***

Cc: Neil Bhatt, Esq.

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>. When E-Filing, This Form Must Be Linked to the <u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)