UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

Hearing Date: 09/16/2026
Hearing Time: 11:00 am
Hearing Location: Syracuse, NY

IN RE:

Joseph A. DiMino, Jr.,

Debtor(s)

AMENDED NOTICE OF MOTION TO APPROVE SALE OF DEBTOR'S REAL PROPERTY

Chapter 13
Case No. 26-30672

PLEASE TAKE NOTICE, that upon the Motion to Approve Sale of Debtor's Real Property by Joseph A. DiMino (the Debtor(s)), by and through his attorney, Bhatt Law Firm, Neil T. Bhatt, Esq., of counsel, the undersigned moves this Court for a hearing held on the 16th day of September 2026 at 11:00 am, or as soon thereafter as counsel can be heard for an order approving the sale of Debtor's real property.

Hearing will be held in-person at the James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York, and advise recipients that appearances may be made in-person at the courthouse OR by video via Teams, for which pre-registration is required by 3:00 PM one business day before the hearing. Go to https://www.nynb.uscourts.gov/Remote-HearingAppearances to register.

PLEASE TAKE FURTHER NOTICE, that your rights may be affected; you should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

PLEASE TAKE FURTHER NOTICE, that copies of the Motion and documents supporting the Motion, if any, may be obtained by sending a written request to the undersigned or by contacting the Clerk of the U.S. Bankruptcy Court, Alexander Pirnie Federal Building, 10 Broad Street, Utica, NY 13502.

PLEASE TAKE FURTHER NOTICE, that you must mail a copy of your written response to Debtor's counsel, Neil T. Bhatt, Esq., 536 State St., Ogdensburg, New York 13669; Mark W. Swimelar, Chapter 13 Standing Trustee, 250 South Clinton Street, Suite 203, Syracuse, New York 13202; and the United States Trustee, 10 Broad Street, Utica, New York 13501.

Dated: 8/14/2026

/s/Neil T. Bahtt
Neil T. Bhatt, Attorney for Debtor