United States Bankruptcy Court
Northern District of New York

In RE:

Joseph A DiMino,

Debtor(s)

Case No.: 23-30672
Chapter 13

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, a copy of Notice and Motion to Approve Sale was served electronically or by regular United States mail to all interested parties, the Chapter 13 Trustee and all creditors listed below:

Connie M. LaComb, Paralegal
Bhatt Law Firm
536 State Street
Ogdensburg, NY 13669
315-713-4837
neil@bhattlawfirm.net

Label Matrix for local noticing
0206-5
Case 23-30672-5-wak
Northern District of New York
Syracuse
Thu Aug 13 17:20:00 EDT 2026

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)NEIL T BHATT
536 STATE ST
OGDENSBURG NY 13669-2759

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Robert L. Cook
NYS Department of Tax & Finance
340 E Main St.
Rochester, NY 14604-2108
VIA ECF

Joseph A. DiMino Jr
99 E. Oneida St.
Oswego, NY 13126-2250

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial Services LLC
PO Box 30939
Salt Lake City, UT 84130-0939

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Raquel Felix
Robertson, Anschutz, Schneid, Crane & Pa
900 Merchants Concourse
Ste 310
Westbury, NY 11590-5114
VIA ECF

HSBC Bank
Attn: Bankruptcy Department
PO Box 9
Buffalo, NY 14240-0009

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LendingClub Bank, NA
3440 Flair Dr.
LockBox Services #0134268
El Monte, CA 91731-2823

LendingClub Bank, NA
P.O. BOX 884268
Los Angeles, CA 90088-4268

M&T BANK
PO Box 1508, Buffalo, NY 14240

M&T Bank
One M&T Plaza
Buffalo, NY 14203

M&T Bank
PO Box 619063
Dallas, TX 75261-9063

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MOVEMENT MORTGAGE, LLC
c/o ServiceMac, LLC
9726 Old Bailes Road, Suite 200
Fort Mill, SC 29707-7882

Movement Mortgage
9726 Old Bailes Road Ste 200
Fort Mill, SC 29707-7882

Movement Mortgage, LLC
Robertson, Anschutz, Schneid, Crane
13010 Morris Road, Suite 450
Alpharetta, GA 30004-2001

NYS Dept. of Taxation and Finance
Attn: Bankruptcy Unit
P.O. Box 5300
Albany NY 12205-0300

New York State Department of Taxation and Fi
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300 duplicate

Tyler J. O'Neill
M&T Bank
One M&T Plaza
Buffalo, NY 14203
VIA ECF

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 30672
Norfolk, VA 23541

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)MARK SWIMELAR TRUSTEE
ATTN MARK SWIMELAR
250 S CLINTON ST
SUITE 203
SYRACUSE NY 13202-1067
VIA ECF

Synchrony Bank
PO Box 965015
Orlando, FL 32896-5015

The Lending Club Corp
71 Stevenson St Ste 200
San Francisco, CA 94105-2965

The Lending Club Corp
PO Box 884268
Los Angeles, CA 90088-4268

Kevin Roger Toole
Robertson, Anschutz, Schneid, Crane & Pa
900 Merchant Concourse
Suite 310
Westbury, NY 11590-5114
VIA ECF

U.S. Trustee
Office of the U.S. Trustee
100 State Street
Room 4230
Rochester, NY 14614-1321
VIA ECF

United States Attorney, NDNY
P.O. Box 7198
Syracuse, NY 13261-7198

Suzanne Youssef
Robertson, Anschutz, Schneid, Crane & Pa
900 Merchants Concourse
Suite 310
Westbury, NY 11590-5114
VIA ECF