UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In Re:

Joseph A. DiMino, Jr,

Debtor.

Case No 23-30672

Chapter 13
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of MOVEMENT MORTGAGE, LLC (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michael Carey, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

Dated: August 28, 2026
Westbury, NY

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax: (516) 280-7674

By: /s/ Michael Carey
Michael Carey, Esquire
NY Bar Number 2400547
Email: mcarey@raslg.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In Re:

Joseph A. DiMino, Jr,

Debtor.

Case No 23-30672

Chapter 13
----------------------------------------------------------------x

**CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY** that on September 1, 2026, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

BHATT LAW FIRM
536 STATE STREET
OGDENSBURG, NY 13669

JOSEPH A. DIMINO, JR
99 E. ONEIDA ST.
OSWEGO, NY 13126

MARK W. SWIMELAR-TRUSTEE
250 SOUTH CLINTON STREET
SUITE 203
SYRACUSE, NY 13202

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
100 STATE STREET
ROOM 4230
ROCHESTER, NY 14614

Dated: September 1, 2026
Westbury, NY

By: /s/ Paul Edwards