UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Joseph Dimino

Debtor(s).

Case No. 23-30672
Chapter 13

Change of Address Form pursuant to L.B.R. 4002-1(a)[1] and 4002-2

1. This form is being filed by (check box):

☐ Debtor to change address

☑ Debtor to change a creditor's address Synchrony Bank
(Name of Creditor)

☐ Party in Interest to change address ____________________
(Name of Party in Interest)

2. Provide your telephone number: ____________________

3. Is there another case or adversary proceeding related to this case?

☐ NO ☐ YES – If yes, provide the related case or adversary proceeding number AND file this form on the dockets of the related proceeding(s) as well as the docket of this Case.

____________________

4. Original Address: Synchrony Bank

PO Box 965015, Orlando, FL 32896-5015

5. Current Address: Synchrony Bank

71783 Philadelphia, PA 19176-1783

I hereby certify under penalty of perjury that the above information is true.

Dated: September 8, 0206

Signature: /s/Neil T. Bhatt

Print Name: Neil T. Bhatt

[1] To change the address of debtor's counsel, see LBR 4002-1(b).