UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: **JOSEPH A. DIMINO, JR.,**

Debtor.

Chapter 13
Case No. **23-30672**

**RESPONDING AFFIRMATION**

Edward J. Fintel hereby affirms as follows:

1) I am the Staff Attorney for Mark W. Swimelar, the Standing Chapter 13 Trustee ("Trustee") appointed in the above-captioned case.

2) I make this affirmation in response to the Debtor's Motion to Approve Sale of Debtor's Real Property ("Motion")[Doc. 69] scheduled to be heard September 16, 2026 at 11:00 a.m. in Syracuse, New York.

3) Trustee does not oppose the proposed sale. However, Debtor should be required to turn over all net proceeds to the Trustee after mortgage payoff, closing costs and Debtor's claimed homestead exemption.

4) Debtor's Attorney requests payment of approximately $6,000 directly from proceeds at the time of closing for attorney fees, update of abstract, preparation and recording of necessary documents. The Trustee should be permitted to review the costs and expenses prior to closing to determine whether they are reasonable.

5) The Order approving the sale should also provide that the sale take place within 60 days of entry of such Order. This prevents the real property from remaining off the market for an extended period of time if the anticipated sale does not occur.

**WHEREFORE**, the Trustee respectfully requests that any Order granting the Motion include the provisions set forth above, and for such other relief as the Court deems appropriate.

Dated: September 9, 2026

*s/ Edward J. Fintel*
Edward J. Fintel, Staff Attorney
Office of the Chapter 13 Trustee
Bar Roll No. 506268
250 S. Clinton St., Suite 203
Syracuse, NY 13202
(315) 471-1499
ejfintel@cnytrustee.com