UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

JOSEPH A DIMINO, JR,

Debtor

RESPONSE TO TRUSTEES'S
RESPONDING AFFIRMATION

Chapter 13
Case No. 23-30672

Bhatt Law Firm, Neil T. Bhatt, of counsel, attorney for the Debtors duly sworn deposes and states as follows:

1. I am the attorney for the Debtor, Joseph A. Dimino, Jr. (hereinafter ("the Debtor") and as such I am fully familiar with the facts and circumstances of this case. I make this response:
2. Debtor will turnover all net proceeds to the trustee after mortgage payoff, closing costs and Debtor's claimed homestead exemption.
3. Debtor 's estimated closing costs of $6,000.00 includes an attorney fee for representation in the real estate transaction of $3,000.00. The customary fee is 1% of the sale price. The sale price is $580,000.00, the fee being charged is less than 1%. Additional standard closing costs and fees will only be collected for the exact invoice amounts.
4. The sale is currently scheduled to close on or about October 21, 2026.

Respectfully Submitted

September 9, 2026

Neil T. Bhatt, Esq.
536 State Street
Ogdensburg, NY 13669
315-713-4837
neil@bhattlawfirm.net