UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re:

**Joseph A. DiMino, Jr**

Debtor
-----------------------------------------------------x

Hearing Date: September 16, 2026
Hearing Time: 11:00 AM

Case No. **23-30672-5-wak**

Chapter 13

**RESPONSE TO MOTION TO APPROVE SALE OF DEBTOR'S REAL PROPERTY**

MOVEMENT MORTGAGE, LLC ("Secured Creditor"), by and through undersigned counsel, hereby files its Response to Motion to Approve Sale of Debtor's Real Property ("Sale Motion") (ECF No. 69) and, in support thereof, states as follows:

1. Secured Creditor holds a first lien on the subject real property located at 4815 LEPINSKE FARM PL CLAY, NY 13041 (the "Property") pursuant to a valid and existing pre-partition recorded mortgage securing a loan (the "Mortgage loan").

2. On August 13, 2026, **Joseph A. DiMino, Jr** ("Debtor") filed Motion to Approve Sale of Debtor's Real Property. The Debtors seeks Court approval for the settlement of the Property for a purchase price of $ 580,000.00.

3. The estimated payoff of Secured Creditor's lien is $448,984.79 as of August 31, 2026. To obtain a formal payoff for closing the Debtor should contact the servicer, SERVICEMAC - ServiceMac, LLC.at t 1-800-342-3736 at or near the scheduled closing of the sale.

4. Secured Creditor does not object to the Sale Motion to the extent that any sale is subject to Secured Creditor's mortgage lien and that the full amount due under the Mortgage Loan will be paid in full at the closing of the sale of the Property based upon an up to date payoff quote.

5. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

WHEREFORE, Secured Creditor respectfully requests entry of an order in compliance with the above conditions and for such other and further relief as the Court deems just and proper.

Dated: Westbury, New York
September 11, 2026

ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC
Attorney for Secured Creditor
900 Merchants Concourse
Suite 310
Westbury, NY 11590
Telephone: (516) 280-7675

By: /s/Michael L. Carey, Esq.
Michael L. Carey, Esq.
NYS Bar No. 2400547
E-mail: mcarey@raslg.com

CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on September 11, 2026 I caused the foregoing Motion to Approve Sale of Debtor's Real Property to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF and United States Postal Service First Class Mail to the following parties:

**Joseph A. DiMino, Jr**
**99 E. Oneida St.**
**Oswego, NY 13126**

**Neil Tarak Bhatt**
**Bhatt Law Firm**
**536 State Street**
**Ogdensburg, NY 13669**

***Trustee***
**Mark W. Swimelar-Trustee**
**250 South Clinton Street**
**Suite 203**
**Syracuse, NY 13202**

**U.S. Trustee**
**Office of the U.S. Trustee**
**100 State Street**
**Room 4230**
**Rochester, NY 14614**

Dated: Westbury, New York
September 11, 2026

/s/ Michael L. Carey, Esq.________
Michael L. Carey, Esq.
E-mail: mcarey@raslg.com