So Ordered.

Signed this 1 day of October, 2026.

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

CHAPTER 13
CASE NO. 23-30672

IN RE:

ORDER APPROVING SALE OF DEBTOR'S REAL PROPERTY

Joseph A. DiMino, Jr.,

DEBTORS

The underlying Motion at [ECF # 69], and the Chapter 13 Trustee's response [ECF # 77], for an Order approving the sale of real property, having come on for a hearing before the Court on 09/16/2026, and the creditors, attorneys for the creditors; Mark W. Swimelar, Esq., Trustee; and the United States Trustee having been provided with notice and an opportunity to be heard; and the Court having considered the Motion, it is ORDERED ~~AND ADJUDGED~~ as follows:

(1) *Approving* the sale of Debtor's real property located at 4815 Lepinske Farm Pl, Clay, New York 13041; and

*JWAK* (2) ~~That such sale is free and clear of liens or interests, with such liens or interests attaching to the proceeds of the sale to be paid at closing~~ *Such sale is approved under 11 U.S.C. § 363(b) and all liens shall be paid at the closing*; and

(3) Subject to review by the Chapter 13 Trustee, in advance of the closing, the reasonable costs, for abstract of title, tax prorations, transfer tax, filing fees, preparation and recording of necessary documents shall be paid at closing from

the proceeds of sale; and

(4) Attorney fees of $3,000.00 shall be paid to Neil T. Bhatt, attorney for Debtor, in connection with representation of Debtor in this matter; and

(5) Debtor shall provide the Trustee with a copy of the statement of sale no later than seven (7) days after the closing of the sale; and

(6) The sale shall take place within 60 days of entry of this Order; and

*JWAK*

(7) ~~Providing~~ Any remaining funds due Debtor, if any, after Debtor's exemption of $84,851.00, the mortgage payoff and the closing costs shall be paid to the chapter 13 Trustee within (10) days from the date this sale is consummated.

###