United States Bankruptcy Court
Northern District of New York

---

In RE: Case No.: 23-30672
Chapter 13

CERTIFICATE OF SERVICE

Joseph A DiMino,

Debtor(s)

---

I hereby certify that on October 1, 2026, a copy of Order Approving Sale of Debtor's Real Property was served electronically or by regular United States mail to all interested parties, the Chapter 13 Trustee and all creditors listed below:

Connie M. LaComb, Paralegal
Bhatt Law Firm
536 State Street
Ogdensburg, NY 13669
315-713-4837
neil@bhattlawfirm.net

Label Matrix for local noticing
0206-5
Case 23-30672-5-wak
Northern District of New York
Syracuse
Thu Oct 1 15:35:53 EDT 2026

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)NEIL T BHATT
536 STATE ST
OGDENSBURG NY 13669-2759

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Michael Lawrence Carey
RAS Law, PLLC
6409 Congress Avenue
Suite 100
Boca Raton, FL 33487-2853

Robert L. Cook
NYS Department of Tax & Finance
340 E Main St.
Rochester, NY 14604-2108

Joseph A Dimino Jr
4814 Lipinske Farm Place
Clay, NY 13041

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial Services LLC
PO Box 30939
Salt Lake City, UT 84130-0939

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Raquel Felix
Robertson, Anschutz, Schneid, Crane & Pa
900 Merchants Concourse
Ste 310
Westbury, NY 11590-5114

HSBC Bank
Attn: Bankruptcy Department
PO Box 9
Buffalo, NY 14240-0009

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LendingClub Bank, NA
3440 Flair Dr.
LockBox Services #0134268
El Monte, CA 91731-2823

LendingClub Bank, NA
P.O. BOX 884268
Los Angeles, CA 90088-4268

M&T BANK
PO Box 1508, Buffalo, NY 14240

M&T Bank
One M&T Plaza
Buffalo, NY 14203

M&T Bank
PO Box 619063
Dallas, TX 75261-9063

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MOVEMENT MORTGAGE, LLC
c/o ServiceMac, LLC
9726 Old Bailes Road, Suite 200
Fort Mill, SC 29707-7882

Movement Mortgage
9726 Old Bailes Road Ste 200
Fort Mill, SC 29707-7882

Movement Mortgage, LLC
Robertson, Anschutz, Schneid, Crane
13010 Morris Road, Suite 450
Alpharetta, GA 30004-2001

NYS Dept. of Taxation and Finance
Attn: Bankruptcy Unit
P.O. Box 5300
Albany NY 12205-0300

New York State Department of Taxation and Fi
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300

Tyler J. O'Neill
M&T Bank
One M&T Plaza
Buffalo, NY 14203

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 30672
Norfolk, VA 23541

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)MARK SWIMELAR TRUSTEE
ATTN MARK SWIMELAR
250 S CLINTON ST
SUITE 203
SYRACUSE NY 13202-1067

Synchrony Bank
PO Box 71783
Philadelphia, PA 19176-1783

The Lending Club Corp
71 Stevenson St Ste 200
San Francisco, CA 94105-2965

The Lending Club Corp
PO Box 884268
Los Angeles, CA 90088-4268

Kevin Roger Toole
Robertson, Anschutz, Schneid, Crane & Pa
900 Merchant Concourse
Suite 310
Westbury, NY 11590-5114

U.S. Trustee
Office of the U.S. Trustee
100 State Street
Room 4230
Rochester, NY 14614-1321

United States Attorney, NDNY
P.O. Box 7198
Syracuse, NY 13261-7198

Suzanne Youssef
Robertson, Anschutz, Schneid, Crane & Pa
900 Merchants Concourse
Suite 310
Westbury, NY 11590-5114